Harris County Docket Sheet

# 2020-57550

**COURT:** 055th
**FILED DATE:** 9/17/2020
**CASE TYPE:** Debt/Contract - Consumer/DTPA



### COLE & ASHCROFT LP (DBA SHUTTERS PLUS)

Attorney: FADNER, DEREK LEE

### vs.

### STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

Attorney: KEMP, PATRICK M.

| Docket Sheet Entries | |
|---|---|
| Date | Comment |



| HCDistrictclerk.com | COLE & ASHCROFT LP (DBA SHUTTERS PLUS) vs. STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | 10/13/2020 |
|---|---|---|
| | Cause: 202057550   CDI: 7   Court: 055 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 9/17/2020 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Debt/Contract - Consumer/DTPA |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 9/17/2020 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 055th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686055 |
| **JudgeName** | LATOSHA LEWIS PAYNE |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| COLE & ASHCROFT LP (DBA SHUTTERS PLUS) | PLAINTIFF - CIVIL | | FADNER, DEREK LEE |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | DEFENDANT - CIVIL | | KEMP, PATRICK M. |
| SHUTTERS PLUS | PLAINTIFF - CIVIL | | FADNER, DEREK LEE |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY (A FOREIGN INSURANCE | REGISTERED AGENT | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 10/12/2020 | ANSWER ORIGINAL PETITION | | | 0 | | KEMP, PATRICK M. | STATE AUTOMOBILE MUTUAL INSURANCE COMPANY |
| 9/17/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 9/17/2020 | ORIGINAL PETITION | | | 0 | | FADNER, DEREK LEE | SHUTTERS PLUS |
| 9/17/2020 | ORIGINAL PETITION | | | 0 | | FADNER, DEREK LEE | COLE & ASHCROFT LP (DBA SHUTTERS PLUS) |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | STATE AUTOMOBILE MUTUAL INSURANCE COMPANY (A FOREIGN INSURANCE | 9/17/2020 | 9/18/2020 | | 9/21/2020 | | 73789228 | CVC/CTM SVCE BY CERTIFIED MAIL |

211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92573355 | Defendant's Original Answer | | 10/12/2020 | 3 |
| 92502141 | Domestic Return Receipt | | 09/24/2020 | 2 |
| 92286008 | Certified Mail Tracking Number 7020 0640 0001 1412 1269 | | 09/18/2020 | 2 |
| 92553143 | Certified Mail Receipt | | 09/18/2020 | 1 |
| 92215805 | PLAINTIFF COLE & ASHCROFT LP DBA SHUTTERS PLUS' ORIGINAL PETITION | | 09/17/2020 | 20 |
| ·> 92215807 | civil case information sheet | | 09/17/2020 | 1 |
| ·> 92215806 | CIVIL PROCESS REQUEST | | 09/17/2020 | 2 |