IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLE & ASHCROFT, LP DBA SHUTTERS PLUS | § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-03507 |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY | § § § | |
| *Defendant.* | § | |

## **DEFENDANT'S LIST OF COUNSEL OF RECORD**

In accordance with Local Rule 81(c)(3), Defendant State Automobile Mutual Insurance Company files this List of Counsel of Record:

**For Plaintiff Cole & Ashcroft, LP dba Shutters Plus:**

James M. McClenny
State Bar No. 24091857
James@mma-pllc.com
J. Zachary Moseley
State Bar No. 24092863
Zach@mma-pllc.com
Derek L. Fadner
State Bar No. 24100081
Derek@mma-pllc.com
McClenney Moseley & Associates, PLLC
516 Heights Boulevard
Houston, Texas 77007
(713) 334-6121
(713) 322-5953 - Facsimile

**For Defendant State Automobile Mutual Insurance Company:**

Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Jacob S. Jones
Texas Bar No. 24101975
Southern District No. 3444665
jjones@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

        Respectfully submitted,

        */s/ Patrick M. Kemp*
        Patrick M. Kemp
        Texas Bar No. 24043751
        Southern District No. 38513
        pkemp@smsm.com
        Segal McCambridge Singer and Mahoney
        100 Congress Ave., Suite 800
        Austin, Texas 78701
        (512) 476-7834
        (512) 476-7832 – Facsimile

        **ATTORNEY-IN-CHARGE FOR DEFENDANT STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Jacob S. Jones
Texas Bar No. 24101975
Southern District No. 3444665
jjones@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CMRRR this the 13th day of October, 2020 to:

| | |
|---|---|
| James M. McClenny | ***#9414 7266 9904 2137 9584 33*** |
| J. Zachary Moseley | |
| Derek L. Fadner | |
| McClenny Moseley & Associates, PLLC | |
| 516 Heights Boulevard | |
| Houston, Texas 77007 | |
| james@mms-pllc.com | |
| zach@mms-pllc.com | |
| derek@mms-pllc.com | |

                                          */s/ Patrick M. Kemp*
                                          Patrick M. Kemp