IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLE & ASHCROFT, LP DBA SHUTTERS PLUS<br>*Plaintiff,* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-03507 |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY<br>*Defendant.* | § § § § § | |

## **DEFENDANT'S INDEX OF FILINGS**

Defendant State Automobile Mutual Insurance Company gives notice that the following items are being filed with its Notice of Removal in the above-referenced action:

1. Notice of Removal with the following exhibits attached:

    A. Plaintiff's Original Petition with citation and attachments;

    B. Defendant State Automobile Mutual Insurance Company's Original Answer;

    C. Docket Sheet from the 55th Judicial District Court of Harris County, Texas;

2. List of All Counsel of Record;

3. Certificate of Interested Parties;

4. Index of Filings; and

5. Civil Cover Sheet.

*(Signatures on following page.)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Jacob S. Jones
Texas Bar No. 24101975
Southern District No. 3444665
jjones@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CMRRR this the 13th day of October, 2020 to:

James M. McClenny                 *#9414 7266 9904 2137 9584 33*
J. Zachary Moseley
Derek L. Fadner
McClenny Moseley & Associates, PLLC
516 Heights Boulevard
Houston, Texas 77007
james@mms-pllc.com
zach@mms-pllc.com
derek@mms-pllc.com

              */s/ Patrick M. Kemp*
              Patrick M. Kemp