1

1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE SOUTHERN DISTRICT OF TEXAS

3      HOUSTON DIVISION

4      _____

5      COLE & ASHCROFT, LP

6      d/b/a SHUTTER PLUS ,

7             Plaintiff,

8         v.                          Case No:

9      STATE AUTOMOBILE MUTUAL          4:20-cv-03507

10     INSURANCE COMPANY,

11            Defendant.

12     _____

13           DEPOSITION OF MATTHEW OESTRIKE

14     DATE:          Tuesday, March 25, 2021

15     TIME:          1:04 p.m.

16     REPORTED BY:   Amanda Ricker, CER-1294

17     JOB No.:       5622

18

19     Conducted via videoconference via the Remote Legal

20     platform

21

22

23

24

25





DEFENDANT'S
EXHIBIT C

2

```
 1              A P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF:
 3         PATRICK KEMP, ESQUIRE
 4         Segal McCambridge Singer & Mahoney
 5         100 Congress Avenue, Suite 800
 6         Austin, Texas 78701
 7         pkemp@smsm.com
 8         512-476-7834
 9
10
11    ON BEHALF OF DEFENDANT:
12         DEREK L. FADNER, ESQUIRE
13         McClenny Moseley & Associates PLLC
14         516 Heights Boulevard
15         Houston, Texas 77007
16         Derek@mma-pllc.com
17         713-636-5790
18
19    ALSO PRESENT:
20         Lisa Lopez, Notary Public
21
22
23
24
25
```

MATTHEW OESTRIKE - March 25, 2021          59

1  one example of destructive testing, would be removing a

2  panel of the -- to -- to look.

3       Q    And you mentioned that you would need,

4  probably need a contractor to assist you in doing that.

5  Would that -- would that add to the expense of your

6  investigation?

7       A    Oh, sure.  Yes.

8       Q    And you mentioned removing a panel.  What

9  would you then do with that panel?  Would that be sent

10 to a lab, or do you have a lab on-site with Nelson

11 Forensics?  How -- what do you do once you remove a

12 panel?

13      A    Well, I mean, destructive testing is kind of

14 two-fold.  One, you could, you know, remove material to

15 see it better, up close, and maybe see the side that's

16 hidden that may be hard to access on-site, and you can

17 see it on-site.  Or, like you mentioned, you could send

18 that material or panel to a -- to a lab, depending on

19 what you're looking for, you know.

20      Q    And Nelson Forensics does not maintain a lab

21 for this type of testing; is that correct?

22      A    Oh, we do have a laboratory.  But, you know,

23 that laboratory does certain tests.  But I guess it

24 depends on what you're talking about.

25      Q    No.  That answers my questions.  I just wanted

1    to know if you had an in-house testing facility or

2    whether when doing these types of destructive testing,

3    whether or not you -- whether you would always have to

4    send them to a third-party laboratory.  So --

5         A    Yeah.  I mean, it depends.  I mean, we do have

6    a laboratory in the -- the Dallas area, but, you know,

7    depending on what type of testing needs to be

8    performed -- our laboratory doesn't do all tests, but we

9    do have several tests that we can perform.  They're

10   mainly on, like, membrane roofing types of materials or,

11   you know, if -- that's probably the bulk of it.  But,

12   yeah, depending on what we're -- we're looking at.

13             You know, concrete cores, we can do some of

14   that testing as well, but sometimes we'll send it out to

15   another laboratory if needed.

16        Q    One second.  My apologies.  A five-year-old

17   wanted to know what was going on, anyway.  All right.

18   My apologies.

19        A    It's okay.

20        Q    Okay.  Well, thank you.  That answers my

21   question.  Thank you.

22             Moving on to what is page 2 of your report and

23   page 5 of the exhibit itself, that's "Description of the

24   structure."

25             Are you able to see that, Mr. Oestrike?



MATTHEW OESTRIKE - March 25, 2021          61

1        A     I am.

2        Q     And in your description, you discuss,

3    essentially, that there are three different structures,

4    or three -- basically, an original structure and then

5    two additions; is that correct?

6        A     That's what we're describing there, yes.

7        Q     Are you able from your picture to point out

8    for me which portion represents the original structure

9    that was completed in 1997, and then similarly, which

10   portion is from '99, and then which is from 2007?

11       A     Well, there's different -- it looks like the

12   original construction was maybe the majority of the

13   office and that portion of the warehouse that's attached

14   to the office with a lighter -- or I guess, a lighter

15   color roofing panel.  That may have been the original.

16              I guess the addition to the warehouse would be

17   from that point on where you see it's a more of a gray

18   color, and it goes backwards towards -- or back towards

19   the rear and towards the west.  And then there must have

20   been some office addition.  And I'm not sure -- there's

21   two types of roofing at -- above the office, and you can

22   kind of see the different shades of color.  But sitting

23   here right now, I'm not sure which was the original and

24   which -- now, often the original is the bigger portion,

25   but I'm not sure if that was the case, which part was

MATTHEW OESTRIKE - March 25, 2021          62

1    the original and which part was the addition.

2         Q    And you mentioned something, you said that

3    there's a darker portion and then a lighter portion of

4    this -- of the roofs on this property; is that correct?

5         A    That's correct.

6         Q    And why is one darker than the other; do you

7    know?

8         A    Oh, no.  Either the coating is different, but

9    they were installed at different times.  Maybe a, you

10   know, the coloration of the coating or of the, you know,

11   the panel may be from a different, you know,

12   manufacturer, where the coating that was applied was a

13   different, you know, shade.  But they were -- both

14   likely installed at two different times.

15        Q    Okay.  All right.  Moving on to page 3 of your

16   report and page 6 of the document, of the exhibit.  If

17   you can see that, that's labeled "Reported Information."

18   And you -- this appears to me to be a description of

19   your -- the background information you obtained from Mr.

20   Demeritt with National Public Adjusting; is that

21   correct?

22        A    That's correct.

23        Q    And according to your report, Mr. Demeritt

24   indicated that the -- that a hail storm affected the

25   roof on May 9th of 2019; is that correct?

MATTHEW OESTRIKE - March 25, 2021          63

1      A     That's correct.

2      Q     And then also, according to Mr. Demeritt,

3    those hail impacts caused damage to both the upper and

4    lower roofs, that he found 143 indentations on the north

5    roof plane and 139 indentations on the south roof plane;

6    is that correct?

7      A     Of -- yeah, of the upper roof.

8      Q     Okay.  So when he says -- when your -- or,

9    when your report says "north roof plane" that's the --

10   which is that, the upper or lower roof?

11     A     Well, it's -- I think he -- he counted -- he

12   or whoever from his company -- counted the number of

13   indentations on each roof plane, which would be -- those

14   were at the upper roof.  So that, if you're looking at

15   the front of the building, the north roof plane would

16   have been towards your right, and the south roof plane

17   would have been towards your left.

18     Q     That makes sense.

19     A     Back of the building, you know if you're

20   looking at the front of the building.

21     Q     And then Mr. Demeritt said that he was "not

22   aware of hail impact damage at the exterior walls of the

23   structure"; is that correct?

24     A     That's correct.

25     Q     And then we've already discussed that there's



MATTHEW OESTRIKE - March 25, 2021          64

1    been a couple of additions to the structure since its

2    original construction; is that correct?

3         A    That's correct.

4         Q    Anything else that Mr. Demeritt may have told

5    you by way of background that is not here in your

6    report?

7         A    No.  I mean, those were the main things that

8    were reported to us.  I mean --

9         Q    All right.  Moving on to what is page 4 of the

10   report and page 7 of the exhibit itself.  This is

11   just  -- this appears to be you making -- or in your

12   report, making observations.  I wanted to start with

13   just under the lower roof.  You indicate that, "Remedial

14   sealant was applied to the majority of exposed fasteners

15   at the R-panel roof sections"; is that correct?

16        A    That's correct.

17        Q    And what does that mean?  What is remedial

18   sealant?

19        A    That's sealant applied after the original

20   installation.  Remedial being, you know, either for, you

21   know, a type of repair or -- or in this case, you know,

22   if you see it all over the fasteners or maybe leaks at

23   the fasteners.  But remedial, it's -- it's a -- it

24   wasn't -- it wasn't installed at the time of original

25   construction.

MATTHEW OESTRIKE - March 25, 2021          65

1      Q      And what is a fastener on a -- at an R-panel

2   roof?

3      A      Well, it's like a -- you know, it's a screw.

4   You know, it's -- it's a screw -- it's a typical rubber

5   flush or a grommet that's between the screwhead and

6   the -- a roof panel.

7      Q      All right.  What I'll represent here to you as

8   being the third bullet point here, "All of the

9   indentations appear to be relatively shallow, with a

10  depth of indentation less than approximately 3 and 3" --

11  or 32nds, 32 inches; is that correct?

12     A      That's correct.

13     Q      And what do you mean by shallow?

14     A      You know, not that deep.  Kind of relatively

15  not that deep.  That's why we gave a -- we gave a

16  thickness there.  You know, sometimes you'll have a deep

17  indentation or deformation that, you know, that could

18  damage the integrity of the metal.  Like, you know, it's

19  from a heavy tool or object that hits the panel.  Then

20  those are typically deeper than what those -- from what

21  the circular indentations that we saw on this site.

22     Q      So does the depth, so to speak, of an

23  indentation, is that important when assessing the damage

24  to an R-panel roof such as this?

25     A      It's -- it's information.  You know, it's --



MATTHEW OESTRIKE - March 25, 2021                66

1   it kind of tells you that the indentations that we're

2   seeing are consistent with hail because hail of this

3   diameter doesn't cause deep gouges or, you know, this is

4   kind of a general observation of these indentations that

5   we're seeing versus something that's mechanical in

6   nature or, you know, someone -- there's some type of

7   object or tool that's causing indentations in -- in the

8   metal panel.  Or would you -- or we may describe that

9   differently.

10      Q    Okay.  The next bullet point says, "None of

11   the indentations were located at the side lap or end

12   seams of the R-panels nor at the standing seams"; is

13   that correct?

14      A    That's correct.

15      Q    And what are -- what are side lap or end

16   seams?

17      A    Well, you know, a panel will, you know,

18   these -- for instance, an R-panel or a standing seam

19   panel are either roughly three feet wide or two feet

20   wide, or some width.  But they come in lengths, so it

21   may be 3 feet wide, and it may go ridge -- from ridge to

22   eave, and that may be 25 feet.  So that panel will

23   have -- the dimensions will be 3 feet wide by 25 feet

24   long.  And so, your, you know, your end seams will be at

25   the upslope and down slope side of that panel, and the

1   side lap will be on the longitudinal -- along the length

2   of that panel.

3        Q    Okay.  And I think you've testified that the

4   material here at the Cole & Ashcroft building, it's an

5   R-panel and a standing seam roof.  What's the difference

6   in those two, an R-panel and a standing seam roof?

7        A    You know, an R-panel has kind of a -- well, I

8   guess they both, kind of, have a -- kind of a

9   trapezoidal configuration.  But the standing seam

10  obviously has a seam that it's raised above, you know,

11  above the -- I guess the geometry or configuration of

12  the panel -- at that panel rib.  Where the R-panel is

13  more of a -- it's lapped on top of one side.  It's

14  lapped on, you know, like, the side.  I guess the side

15  lap; you'll have a double-thickness right where it's

16  lapped over one another, and it's not crimped.

17            Where a standing seam is crimped on-site, and

18  it's crimped 90 to 180 degrees where the seam is kind of

19  folded over, and it's -- it's hidden, so to speak.

20            And then a standing seam, you have hidden --

21  hidden fasteners, unless you're at the end of the panel.

22  That's -- that's a matter of where the R-panel -- R-

23  panel fasteners are all exposed.

24        Q    Okay.  Thank you.  You -- what I'll say is the

25  sixth bullet point on this page of your report,

MATTHEW OESTRIKE - March 25, 2021          68

1    "Coincident burnish marks at some of these indentations

2    where the roof panel surface at the indentation was

3    exposed and not covered with chalk"; is that correct?

4    That's what it says?

5          A    That's correct.

6          Q    What's a coincident burnish mark?

7          A    Basically, a burnish mark at an indentation.

8    Meaning they're at the same general location.

9          Q    Okay.  Same general location.  And a burnish

10   mark, I believe you identify this later in your -- in

11   your report, but a burnish mark, is that the same as a

12   hail spatter?  Are those two the same?

13         A    Yeah.  We -- we -- those are similar terms and

14   mean similar things to me.

15         Q    All right.  The last on this page -- last

16   bullet point, it says, (as read)"Isolated circular

17   indentions at the top of the front east side parapet

18   wall flashing, with indentations measuring approximately

19   1/2 inch to 5/8 in diameter"; is that correct?

20         A    I don't know --

21         Q    The last -- it's probably my -- there you go.

22         A    Let's see, can I -- oh.  The last bullet, did

23   you read?

24         Q    Yes.

25         A    I see that.  Okay.  I see that, yeah.



1     Q     What is a parapet -- side parapet wall cap

2  flashing?

3     A     You know, a parapet wall is basically a wall

4  that kind of projects above a roof and is at the

5  perimeter, and the cap flashing is basically that

6  flashing that covers the top of that wall.  And so when

7  you look at it in profile, if you -- let's say, you cut

8  a section through that parapet wall, that cap flash --

9  that flashing looks like a cap, so to speak.  So you

10 have two -- two vertical legs and kind of a flat surface

11 on top.  So that's kind of why we call it cap flashing.

12        Or we may -- may use the term coping as well.

13 They mean the same thing to me.

14    Q     All right.  Thank you.  All right, turning to

15 page 5 of your report, and then on page 8 of the

16 exhibit, this is regarding your -- what you've written,

17 or you evaluated on the upper roof.  The first bullet

18 point makes note of "Remedial sealant to the majority of

19 the exposed fasteners"; is that correct?

20    A     That's correct.

21    Q     Is -- do you know if that was the same

22 remedial-type sealant present at the lower roof?

23    A     I don't know if all of it was the same.  I

24 know it was black sealant down both the lower and upper

25 roof that looked similar, but, you know, there may have

MATTHEW OESTRIKE - March 25, 2021          70

1   been more than one color of sealant.  So, you know, in

2   general, it looked -- the black sealant looked similar.

3        Q    Okay.  Thank you.  About what I -- it was the

4   seventh bullet point, here sort of in the middle,

5   "Isolated kinks, i.e., localized buckling at the panel

6   rib."

7             What are -- what are isolated kinks?  What's a

8   kink?

9        A    Well, we kind of -- we try to -- I tried to

10  define it generally there, localized buckling at the

11  panel rib.  So often with -- with R-panel roofs,

12  you'll -- and -- and I call it, and some of the others

13  at our company call it kinks, but you may call -- you

14  may call it crimping.  We don't -- I don't use the term

15  crimping because crimping is a form of insulation that's

16  manipulating the panel.  So kink is basically a

17  localized area where this -- the panel rib -- so an R-

18  panel has major -- typically major ribs and minor ribs.

19  The major ribs are 12 -- 12 inches on center.  And if

20  you put a large object in a concentrated location, and

21  often this is related to a footfall or someone walking

22  on the ribs improperly, to cause these kinks to occur.

23       Q    These --

24       A    And so the top of the -- top of the panel

25  rib -- it can't -- you know, it doesn't support someone

MATTHEW OESTRIKE - March 25, 2021          71

1   walking and putting all their weight on that one

2   location.  So it will kind of buckle in that one little

3   area.

4        Q    Can it -- a kink like this, can it be caused

5   by hail, or is it always mechanical or footfall?

6        A    It's almost always related to mechanical

7   related by -- and -- majority is footfall.  You know,

8   once in a while you'll see footfall or, you know, weight

9   from contractors or you sometimes see kinks around

10  rooftop mechanical units where they're either moving a

11  lot of material or storing a lot of material, or there's

12  a lot of weight at an area where they're working.

13            So you know, anytime you put a weight, a lot

14  of weight on these ribs in a concentrated fashion,

15  they -- they'll buckle.  I mean --

16       Q    What I'll say is one, two, three, four from

17  the bottom here, bullet point, it says, "Membrane tape

18  flashing applied over metal flashing and foam closures

19  at the ridge vent locations."

20            What is membrane -- well, is that correct?  Is

21  that what it says?

22       A    That's what it says, yes.

23       Q    But what is membrane tape flashing?

24       A    It's -- in this case, it was kind of a

25  flexible rubber flashing that looks like a wide piece of



1  tape that you can kind of manipulate.  I mean, it can --

2  it can -- you can apply it in areas where there's, you

3  know, flat surfaces.  Typically, it's used where you

4  want to cover an opening, a gap, or a separation.

5          So on one side is -- one side is an adhesive

6  that fully adheres to the material that you're applying

7  it to, and then, in this case, I think it was aluminum

8  face on the outer surface.  So it's basically used to

9  prevent, you know, water from entering at that location.

10     Q    And that would be the purpose for applying

11 that material is to prevent water from intruding at that

12 location?

13     A    I -- yeah, that -- that would make the most

14 sense at that -- that area.

15     Q    Okay.  Moving to page 6 of your report.  These

16 are the photos, the beginning of some photos here.  If

17 you see Figure 3 and Figure 4, what looks to be some

18 black material, that is the sealant that you were

19 mentioning earlier?

20     A    That's correct.

21     Q    Okay, then.  In Figure 4, you say the "General

22 area of the roof above moisture distress/deterioration

23 at roof decking and south storage room."

24          What do you mean by that?  Is there -- are you

25 saying that the -- that portion or panel, that there's

MATTHEW OESTRIKE - March 25, 2021          73

1    some form of deterioration?

2        A    Well, you know, I don't know.  I don't know

3    why that's even in there.  That might be a typo.  Can I

4    read it -- I don't remember looking at the storage room,

5    unless -- I don't think we looked at anything in the

6    inside.  So I'm not really sure.  That may just be, you

7    know, a copy and paste from a different report.  It

8    doesn't make any sense, that last part.

9        Q    Okay.  Figure 5, here at the bottom left-hand

10   corner, "It's a burnish mark at circular indentation

11   that measured approximately 1/2 inch in diameter."

12            Is that correct?

13       A    That's -- that's correct.

14       Q    And that burnish mark, that is indicative of

15   hail, that's a hail impact?

16       A    Yeah.  I mean, that's what -- if it's at a

17   circular indentation and, you know, it -- it most likely

18   looked like hail impact to us.

19            Now, when we -- it's important to state that,

20   like, in these photographs, and we're -- we're trying to

21   describe what we're seeing the best we can.  We try not

22   to give, I guess, conclusions or opinions in our

23   observations.  From time to time, you may see something

24   that's consistent with an opinion, but right now, we're

25   just trying to describe what we're evaluating.

**MATTHEW OESTRIKE - March 25, 2021**          74

1    Q    Then moving to page 7 of your report, 10 of

2    the exhibit, looking at Figure 8, "Chalk applied to

3    metal cap flashing showing circular indentations at the

4    front parapet wall."

5         This is the cap flashing that you were

6    describing earlier?

7    A    Yes, it is.  Uh-huh.

8    Q    And then moving to page 8 of your report and

9    11 of the exhibit, Figure 13, "Isolated kink at the

10   metal roof panel rib."

11        Is that correct?

12   A    That is -- that's correct.

13   Q    And that's the K?  I believe that a blue chalk

14   with a -- with a K.  Is that what you're identifying

15   there?

16   A    Yeah.  That's correct.

17   Q    And, again, your opinion is that that kink is

18   not the result of hail?

19   A    No.  It just -- it wasn't shaped like hail.

20   It -- the deformation often is on -- a kink is -- again,

21   you can see, like, three sides of that -- that rib

22   that's deformed.  It just doesn't -- didn't look like

23   hail to us.

24   Q    Okay.  I'm going to move to and direct your

25   attention to page 10 of your report, 13 of the document.

**MATTHEW OESTRIKE - March 25, 2021**          75

1   And the -- it is the, I guess, the second-to-last bullet

2   point there.  It says, "No indentations or fractures at

3   any of the fiberglass wall lites."

4           What's the -- is that correct?

5       A   Yeah.  That's what -- that's what's stated.

6       Q   And what is a -- what is a fiberglass wall

7   lite?

8       A   It's basically a translucent panel that's

9   covering, but it's allowing light into the -- the

10  building.

11      Q   Sort of like a window?

12      A   Yes.  Kind of like a window.

13          MR. FADNER:  Okay.  All right.  Well, I

14  think it's a good period -- time to take a quick break.

15  We've been going for another -- about another hour.  So

16  if we can take another short break and then we'll try to

17  get this wrapped up.

18          THE WITNESS:  Sure.  Sound -- sounds

19  good.

20          MR. FADNER:  All right.

21          THE DIGITAL REPORTER:  We are going off

22  the record at 4:46.

23      (Off the record.)

24          THE DIGITAL REPORTER:  Okay.  We are back

25  on the record at 4:58 p.m.

MATTHEW OESTRIKE - March 25, 2021          76

1   BY MR. FADNER:

2       Q    Okay.  All right, Mr. Oestrike.  Thank you.

3   We were going through your report.  I've got my screen

4   here.  This is page 13 of your report, page 16 of the

5   exhibit itself.  This looks to be an aerial photo of the

6   building; is that correct?

7       A    I believe the roof -- oh, yes, now, it is.

8   Yes, I see it.

9       Q    Okay.  And in your paragraph there, you -- the

10  first sentence there that's, "Nelson performed a roof

11  impact evidence survey by selecting and evaluating six

12  representative 10-by-10 sample areas of the roof of the

13  subject structure."

14          Is that correct; is that accurate?  That's

15  what it says?

16      A    That's what it says.  That's correct.

17      Q    And this is representative of those 10-by-10

18  sample areas that you had mentioned previously in your

19  deposition, correct?

20      A    That's correct.

21      Q    And in this case, it appears you did six of

22  those 10-by-10 test squares, correct?

23      A    That's correct.

24      Q    Do you remember -- and by looking at the

25  photo, perhaps that it assists your memory as well.  But

MATTHEW OESTRIKE - March 25, 2021          77

1   do you remember why you chose to do six 10-by-10 sample

2   squares in this -- in this case?

3       A    It -- I think it made the most sense.  You

4   know, this building really had two directional roof

5   planes, the north and south.  So if they had a north,

6   south, east, and west, and they were all similar in

7   size, we would have started with at least one in each

8   roof plane.  So, you know, we -- we select the number of

9   samples based on the size of the roof.  And in this

10  case, there was a lower roof and an upper roof, so I

11  wanted to at least get a sample area on the north roof

12  plane and south plane of the lower and the upper.  But

13  then also, I think I captured potential areas on the

14  upper roof -- I did another one to -- where the panels

15  looked different to me in coloration.  So I tried to

16  capture a sample area on all the -- the different times

17  of roof installation possibly, and in the amount of

18  sample areas that I thought was sufficient for the size

19  of the building.

20      Q    Okay.  Moving on to page 14 of your report, 17

21  of the exhibit, this appears to be a table, what is

22  labeled as Table 1, and it's a "Summary of Roof Impact

23  Evidence Survey"; is that correct?

24      A    That's correct.

25      Q    And this is my -- by my estimation, this table



MATTHEW OESTRIKE - March 25, 2021         78

1   indicates the amount of circular indentations that you

2   found within each of the six 10-by-10 test squares that

3   you conducted?

4        A    That's correct.

5        Q    And I notice that you say there in the, I

6   guess, the fourth column, that says, "Number of Circular

7   Indentations," correct?

8        A    That's correct.

9        Q    And is there -- were those circular

10  indentations, does that mean hail indentations, or are

11  you opining that it could mean something different?

12       A    It's circular indentations of the size that we

13  saw within these sample areas, you know, they're --

14  they're consistent with hail.  So yeah, I mean, we're

15  kind of using this information still with the testing to

16  formulate our ultimate opinions, whether these were

17  indentations and -- I mean, from indentations, circular

18  indentations from hail.

19            So we -- we leave it typically general in this

20  table, at this -- at this part of the report.

21       Q    Below -- so there's a -- there's a section

22  there, a row there that says, "Average"; is that -- do

23  you see that?

24       A    That's -- that's correct.

25       Q    And you're averaging the number of

MATTHEW OESTRIKE - March 25, 2021          79

1  indentations among the six test areas, correct?

2      A    That's correct.

3      Q    And your average that you came up with in your

4  investigation was 3.7, right?

5      A    That's -- that's correct.

6      Q    Okay.  And I guess -- let's see -- the -- for

7  the north -- the north portion of the structure, you've

8  got eight, plus four, plus two -- so eight, nine, ten,

9  eleven, twelve, thirteen -- so 14 circular indentations;

10 is that accurate?

11     A    That's correct in those three sample areas,

12 yes.

13     Q    And then there's three sample areas for the

14 south; is that correct?

15     A    That's correct.

16     Q    Three, four, five, six, seven, eight -- so

17 that's eight circular indentations on the south portion?

18     A    That's correct.

19     Q    Okay.  My question to you then is earlier we

20 discussed your background conversations with Mr.

21 Demeritt, and that -- which is on page 3, and we can go

22 back to it if necessary, but it's page 3 of your report.

23 And Mr. Demeritt, he indicated that he had found 143

24 indentations on the north plane and 139 indentations on

25 the south plane.  Do you recall that?

MATTHEW OESTRIKE - March 25, 2021          80

1      A    That's correct, yes.

2      Q    How do you explain the discrepancy between the

3   indentations that you found and the indentations found

4   by Mr. Demeritt?

5             MR. KEMP:  Objection.  Form.

6             THE WITNESS:  Well, Demeritt, I guess he

7   must have had someone walk and count every indentation

8   and tally them up.  These are just -- we were just doing

9   representative samples of the roof planes, and so it's

10  an average per that 100 square feet sample area.  So

11  obviously, if you multiplied the area of the roof plane,

12  or the number of squares of a roof plane times that 3.7,

13  you'd probably have a closer number to that -- to those

14  total numbers that Mr. Demeritt counted.

15  BY MR. FADNER:

16     Q    And did you perform that calculation in this

17  case?

18     A    No.

19     Q    Why not?

20     A    When -- I mean, we're giving an average per

21  representative sample area, so we thought that was

22  sufficient.

23     Q    You thought the -- that just providing the

24  average of the representative test square was sufficient

25  in this case?

MATTHEW OESTRIKE - March 25, 2021          81

1        A     Yes, uh-huh.

2        Q     And you didn't think it was important to

3   perform the calculation you explained earlier to see how

4   it may differ from the total indentations that were

5   located by Mr. Demeritt?

6        A     No.  I -- I mean, I didn't disagree with his

7   numbers.  We just don't typically count the indentations

8   on a -- you know, on a roof plane.  That's -- that's the

9   purpose of doing sample areas, just to get an idea.

10            Now, there is -- there are times where we, you

11  know, in the selection of the sample areas, let's say,

12  we either -- if something doesn't, I guess, logically

13  make sense.  So, let's say, if we saw his number of

14  whatever it was, 139, 143, and we took a sample area and

15  didn't get any indentations, then we, you know, we may

16  take another sample area or another one, to just say,

17  okay, well, how come someone else got, you know, 130,

18  140 indentations, and we're doing sample areas, you

19  know, and we're not getting any.

20            So sometimes we're on -- on-site, we'll look

21  for logical reasons to add another sample area or see,

22  is there a -- is there a pattern, so to speak, or a

23  location on a roof that maybe there's more indentations

24  than others.

25            But, you know, we found indentations in all

1    six of them, and if you multiplied those averages out

2    and using this -- the square area of the roof, you know,

3    that's, you know, we don't -- I mean, we don't disagree

4    with the number.  It could be something more than 139,

5    143.  It could be something less.  But we just -- we

6    don't typically count all the indentations on a roof

7    like -- like that.

8         Q    Okay.  I understand.  Thank you.  Turning to

9    page 15 of your report and 18 of Exhibit A, I wanted to

10   look at this Figure 40.  First, it says, "No abrasion

11   distress at area of indentation shown in previous

12   figure"; is that correct?

13        A    That's correct.

14        Q    What is abrasion distress?

15        A    What we're really talking about is abrasion

16   distress to the coating of the panel.  So if you, you

17   know, took a sharp object and, I don't know, on the

18   surface of the roof panel, and you cut through that

19   coating, so to speak, that's kind of what we're looking

20   for, like a scrape.

21        Q    Would an abrasion to the coating affect the

22   functionality of the roof?

23        A    No.  Not -- not -- no, not on a -- just a

24   simple abrasion.

25        Q    Why wouldn't it?  Why wouldn't it affect the



MATTHEW OESTRIKE - March 25, 2021          83

1   functionality?

2        A    Well, when you change the life expectancy of a

3   roof, it would cause water entry, and your coating

4   provides enough protection where that -- that's, you

5   know, that -- that similar area of abrasion distress

6   is -- is not going to damage the function of the roof.

7        Q    Did -- does the abrasion distress, similar to

8   what's shown in Figure 40, does that lead to oxidation

9   of the roof?

10                MR. KEMP:  Objection.  Form.

11                THE WITNESS:  If -- if the abrasion is

12   large enough, but you know, the coating on the roof, you

13   know, there's a chemical process where there is both --

14   and there's protection provided by that coating, whether

15   it be galvanized coating or galvalume, and it protects a

16   roof where it's not going to degrade at -- in a -- in an

17   isolated abrasion location.

18   BY MR. FADNER:

19        Q    Well, would you agree with me that if a -- if

20   a coating is removed, then it would -- it could be --

21   the roof material could be subject to oxidation?

22        A    Yeah, maybe in that -- that localized area.

23        Q    And, again, but you don't think that oxidation

24   affects the functionality or the life expectancy of the

25   roof?

MATTHEW OESTRIKE - March 25, 2021          84

1      A     Not -- not in the case that you're describing,

2    or not in the case of this -- the hail impact.

3      Q     What -- in what case would it affect the life

4    expectancy or functionality of a roof?

5      A     If the abrasion, like, cut into the panel, and

6    it was large enough, that may -- that may cause a

7    degradation of the metal panel, but not in the case of

8    hail impact of this size.

9      Q     In Figure 40, what exactly are -- it seems as

10   though you are using some sort of tool, magnifying

11   glass, for lack of a better description.

12     A     Yeah.

13     Q     What are you using there to --

14     A     Yeah.  It's kind of a magnifying glass on

15   our -- you know, that's basically what it is.

16     Q     Do hail burnish marks or spatter to a metal

17   roof with a cap flashing like we've seen in this case,

18   can that potentially lead to oxidation?

19     A     Depending on the -- the coating.  Yeah,

20   that  -- how thick the coating is, you know, it can --

21   but, again, the -- the coating itself provides

22   protection for -- even at the area of where the coating

23   is, you know, if there's abrasion, and -- and the

24   coating provides through this chemical process with the

25   anode and cathodes, it provides protection for that

MATTHEW OESTRIKE - March 25, 2021          89

1  don't know if we get a bulk rate from CoreLogic or not,

2  but they're -- they're one of the reports that, just

3  like I said, they're understandable, readable, and they

4  provide a good history at, you know, locations.  So I

5  don't -- I don't think we have any kind of rate for

6  their services, but I'm not -- I'm not entirely sure.

7       Q    You mentioned a moment ago that the -- that

8  you can, in your opinion as an expert, you can look at a

9  burnish mark and determine the recency of that -- of

10  when that hail may have impacted.  How do you determine

11  sort of the recency or lack thereof of a burnish mark?

12      A    And that -- that's -- if the burnish mark is

13  pretty well-defined, we know it's fairly recent.  And

14  fairly recent -- and that can be a loose term depending

15  on the surface and what's on the surface.

16           If we see burnish marks, I can, for the most

17  part, say they've happened in the last couple years.  I

18  can't always tell between a burnish mark that's six

19  months old and two years old.

20           But the older the surface gets, the burnish

21  marks fade away, and you don't see them.  So it can be

22  up to a few years, but it just gives us an idea of

23  what's  -- what's going on on-site and how defined that

24  burnish mark is, can -- can give us some idea how recent

25  it is.  But, again, it's just a general assessment.

1      Q    Okay.  And paragraph 4 -- paragraph 4, the

2    last paragraph, the second sentence says, "The hail

3    event with the largest estimated maximum hail size at

4    the subject site occurred on May 9th, 2019, the reported

5    date of loss, within an estimated maximum hail of 1.2

6    inches in diameter"; is that correct?

7      A    That's correct.

8      Q    Okay.  Let me go -- page 19 of your report and

9    22 of the document, and, again, the -- you have -- this

10   is your analysis section according to the report.  At --

11   you have bolded certain items within these paragraphs;

12   is that correct?

13     A    That's correct.

14     Q    Is that -- is that just simply meant for ease

15   of -- ease to the reader to bold your overall -- or your

16   overall conclusions?

17     A    Yeah.  I just kind of -- we try to be

18   consistent where the bold is, kind of, identifying our

19   opinions, our basic opinions.  We may have a paragraph

20   without a bold section, but it looks like in this

21   report, most of the bold portions are where there's an

22   opinion provided.

23     Q    And then the first bold sentence just says

24   that, "Nelson's of the opinion that the hail event that

25   occurred on May 9th of 2019, caused the indentations on

1    the aforementioned roofing areas," correct?

2         A    That's correct.

3         Q    Well, moving on to the second paragraph, the

4    second bolded sentence on this page -- skipping ahead a

5    bit, essentially -- well, it's -- the report -- the

6    bolded portion just says that, "Nelson's opinion that

7    the hail-related indentations to the roof panel and

8    other components have not compromised the function,

9    waterproofing capability, or future performance of the

10   roof system"; is that correct?

11        A    That's correct.

12        Q    The -- skipping to the next paragraph, the

13   next bolded sentence, "Circular tears and holes in the

14   older-looking membrane tape flashing that measured 1/2

15   to 1 in diameter are attributed to hail impact during

16   the date of loss"; is that correct?

17        A    That's correct.

18        Q    What is membrane tape flashing?

19        A    That's what we were talking about before.

20        Q    Okay.

21        A    In this case, this membrane tape flashing

22   appeared to be a remedial measure because where it was

23   applied is at an area where you typically have closure

24   strips -- we call them closure strips, which -- where

25   your -- your R-panels, in this case, have major ribs at



1                    CERTIFICATE OF NOTARY PUBLIC

2

3      State of TEXAS )

4      County of BASTROP )

5

6          I hereby certify that on the 25th day of March

7      2021, before me, a notary public for the State of Texas,

8      Matthew Oestrike remotely appeared via videoconference,

9      and prior to testifying, swore an oath to tell the

10     truth.

11

12         DATED this 25th day of March 2021.

13                          *Lisa Ann Lopez*

14                          _____

15                          LISA LOPEZ

16                          Notary Public, State of Texas

17                          Commission No.:  13287729-8

18                          Commission Expiration:  1/19/2025

19

20

21

22

23

24

25

**MATTHEW OESTRIKE - March 25, 2021**          110

1            CERTIFICATE OF THE DIGITAL REPORTER

2

3        I, AMANDA RICKER, Digital Reporter certify:

4        That the foregoing proceedings were taken

5     before me at the time and place therein set forth.

6        That the testimony of the witness and all

7     objections made at the time of the examination were

8     electronically recorded by me and thereafter

9     transcribed;

10       That the foregoing is a true and correct

11    transcript of my electronic recording;

12       And I further certify that I am not a relative

13    or employee of any attorney, or of any party, nor

14    financially interested in the action.

15

16       DATED this 25th day of March 2021.

17

18

19    _____

20        Amanda Ricker, CER-1294

21        Digital Court Reporter

22

23

24

25

REMOTE LEGAL
COURT REPORTING
646-461-3400

**MATTHEW OESTRIKE - March 25, 2021**          111

1          CERTIFICATE OF TRANSCRIPTION

2

3          REMOTE LEGAL does hereby certify that the

4     electronic recording produced by AMANDA RICKER, of

5     the deposition of MATTHEW OESTRIKE, was transcribed

6     by REMOTE LEGAL and that the foregoing transcript

7     is a true and accurate transcript of said

8     electronic recording to the best of our knowledge,

9     skill, and ability.

10          REMOTE LEGAL further certifies we are neither

11     counsel for, related to, nor employed by any of the

12     parties to the action; and, further, are not a

13     relative or employee of any attorney employed by

14     the parties hereto, nor financially or otherwise

15     interested in the outcome of this action.

16

17          Dated this 9th day of April 2021.

18

19     _____

20     SUSAN E.  LAPOOH, CER-1199

21     Director of Remote Testimony Capture

22

23

24

25