

## Notice To Insurance Company

Ray Demeritt/National Public Adjusting LLC - Texas License Number: 2302285
1305 W. 11th Street #4009 Houston, TX 77008 Office: 713-714-2489

National Public Adjusting LLC and its representatives are hereby retained to advise and assist in the adjustment of the insurance claim.

Loss Type **Hurricane**   Insurance Carrier **AmRisc Claims Department/CJW Associates**
Policy Number ***see other page***   Claim Number **CLM-23656/380161**
                                                                   **CJW File #4146441**
Insured **Cole & Ashcroft, L.P./MLW Interest LLP**   Date of Loss **8/28/17**
Loss Location **5631 Brystone Drive, Houston, TX, 77041**

- Please send notice of acknowledgement of representation notice via email to Ray.Estimate1@gmail.com

- Please direct all communications for this claim noted above through Ray Demeritt/National Public Adjusting LLC to the contact information provided in this document.

- You, the insurer, are hereby requested to provide Ray Demeritt/National Public Adjusting LLC with a copy of all pertinent information on this claim; current claim estimate, complete and certified copy of the policy with all endorsements and any prior claims that may affect this loss.

- Insured agrees to pay for service upon payment of the claim by the insurance company in settlement of this loss and necessary expenses. The insured will provide Ray Demeritt/National Public Adjusting LLC with all information pertaining to this claim that they currently possess.

- The insured authorizes and directs the insurer to include Ray Demeritt/National Public Adjusting LLC, in addition to the insured's name on all drafts or checks regarding this loss. All documents or copies of any information regarding this claim must be emailed or mailed to National Public Adjusting LLC at the address listed above.

Insured Signature: _[signature]_   Date: **8.1.2019**
Insured Name Printed: **Cole & Ashcroft, L.P.**   Contact Number: **713.937.8657**
Public Adjuster Signature: _Ray Demeritt_   Date: **8.1.2019**

Public Adjuster Printed Name: Ray Demeritt/National Public Adjusting LLC   Contact Number: 713-714-2489

**DEFENDANT'S EXHIBIT D**

Claim Number

| Policy No. | Insurer |
|---|---|
| Policy No: AMR5619701 | Certain Underwriters at Lloyd's London |
| Policy No: AMP753101701 | Indian Harbor Insurance Co. |
| Policy No: MSP2312401 | QBE Specialty Insurance Co. |
| Policy No: CPP100995701 | Steadfast Insurance Co. |
| Policy No: 10T02965906805 1701 | General Security Indemnity Co. of AZ |
| Policy No: US11466801 | United Specialty Insurance Co. |
| Policy No: LEX01470946701 | Lexington Insurance Co of Hanover, SE |
| Policy No: 7DA3CM000639801 | Princeton Excess & Surplus Lines Ins. Co. |
| Policy No: HAN1654401 | International Insurance Co. of Hanover, SE |
| Policy No: ORAMPR00205400 | Old Republic Specialty Insurance |