

**National Public Adjusting**

|  |  |  |  |
|---|---|---|---|
| Insured: | Cole & Ashcroft, L.P. | Home: | (713) 937-8657 |
| Property: | 5631 Brystone Drive | Business: | (713) 937-8657 |
|  | Houston, TX 77041 | E-mail: | paul@coleandashcroft.com |
| Business: | 5631 Brystone Drive |  |  |
|  | Houston, TX 77041 |  |  |

|  |  |  |  |
|---|---|---|---|
| Claim Rep.: | Ray | Business: | (713) 714-2489 |
| Company: | National Public Adjusting LLC | E-mail: | Ray.Estimate1@gmail.com |
| Business: | 1305 W. 11th Street |  |  |
|  | Houston, TX 77008 |  |  |

|  |  |  |  |
|---|---|---|---|
| Estimator: | Ray | Business: | (713) 714-2489 |
| Company: | National Public Adjusting LLC | E-mail: | Ray.Estimate1@gmail.com |
| Business: | 1305 W. 11th Street |  |  |
|  | Houston, TX 77008 |  |  |

**Claim Number:** PR262374          **Policy Number:** PBP 2832159 00          **Type of Loss:** Wind/Hail

|  |  |  |  |
|---|---|---|---|
| Date of Loss: | 5/9/2019 12:00 AM | Date Received: |  |
| Date Inspected: |  | Date Entered: | 7/26/2019 |

|  |  |
|---|---|
| Price List: | TXHO8X_JUL19 |
|  | Restoration/Service/Remodel |
| Estimate: | COLE&ASHCROFT-1 |



**DEFENDANT'S EXHIBIT E**

 **National Public Adjusting**

**COLE&ASHCROFT-1**

**Coverage A**

### Roof1



| | |
|---|---|
| 33691.79  Surface Area | 336.92  Number of Squares |
| 1162.02  Total Perimeter Length | 330.00  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove Metal roofing - corrugated - 24 gauge | 33,691. SF | 1.16 | 0.00 | 7,816.50 | 46,898.98 | (0.00) | 46,898.98 |
| 2.  Replace Metal roofing - corrugated - 24 gauge | 38,745. SF 56 | 5.32 | 4,140.93 | 42,053.46 | 252,320.77 | (0.00) | 252,320.77 |
| Metal roof with 15% waste factor. | | | | | | | |
| 3.  Additional charge for high roof (2 stories or greater) | 336.92 SQ | 12.25 | 0.00 | 825.46 | 4,952.73 | (0.00) | 4,952.73 |
| 4.  Additional charge for high roof (2 stories or greater) | 336.92 SQ | 16.73 | 0.00 | 1,127.34 | 6,764.01 | (0.00) | 6,764.01 |
| 5.  R&R Ridge vent - Metal roofing - floating ventilator | 120.00 LF | 33.67 | 123.53 | 832.78 | 4,996.71 | (0.00) | 4,996.71 |
| There are 12 metal ridge vents each measuring 10 linear feet. 12x10=120 linear feet of ridge vent. | | | | | | | |
| 6.  R&R Ridge flashing | 120.00 LF | 7.49 | 18.23 | 183.40 | 1,100.43 | (0.00) | 1,100.43 |
| 7.  R&R Cap flashing - large | 96.00 LF | 24.71 | 97.02 | 493.82 | 2,963.00 | (0.00) | 2,963.00 |
| 8.  R&R Flashing, 14" wide | 192.00 LF | 4.66 | 13.56 | 181.66 | 1,089.94 | (0.00) | 1,089.94 |
| This is for the front elevation flashing on the 1 story roof covering. | | | | | | | |
| 9.  R&R Eave trim for metal roofing - 29 gauge | 862.00 LF | 6.10 | 69.50 | 1,065.54 | 6,393.24 | (0.00) | 6,393.24 |
| 10.  R&R Flashing - pipe jack - 6" | 1.00 EA | 68.41 | 1.57 | 14.00 | 83.98 | (0.00) | 83.98 |
| 11.  R&R Neoprene pipe jack flashing for metal roofing | 1.00 EA | 67.57 | 1.37 | 13.78 | 82.72 | (0.00) | 82.72 |
| 12.  Replace Digital satellite system - Detach & reset | 1.00 EA | 30.69 | 0.00 | 6.14 | 36.83 | (0.00) | 36.83 |
| 13.  Replace Digital satellite system - alignment and calibration only | 1.00 EA | 92.04 | 0.00 | 18.40 | 110.44 | (0.00) | 110.44 |
| **Totals:  Roof1** | | | **4,465.71** | **54,632.28** | **327,793.78** | **0.00** | **327,793.78** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 14.  R&R Gutter / downspout - aluminum - 6" | 612.00 LF | 9.49 | 196.61 | 1,200.90 | 7,205.39 | (0.00) | 7,205.39 |

The gutters are mounted to the metal roof via metal brackets. The gutters will have to be detached in order to replace the roof panels. Detaching the gutters will result in scratching and denting them. Remove and replace is the appropriate line item.

 **National Public Adjusting**

**CONTINUED - Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15.  Prime & paint gutter / downspout | 612.00 LF | 1.40 | 8.03 | 172.96 | 1,037.79 | (0.00) | 1,037.79 |
| 16.  Floor protection - cloth - skid resistant, breathable | 1,810.00 SF | 1.00 | 58.83 | 373.76 | 2,242.59 | (0.00) | 2,242.59 |

Skid resistant cloth is recommended for concrete floors. In order to paint the 408 linear feet of gutters on the left elevation of the building a skid resistant cloth is needed to keep paint off of the concrete ground below. The cloth should come 5 feet out from the building to ensure the landscaping and walkways do not get paint on them.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Left Elevation** | | | **263.47** | **1,747.62** | **10,485.77** | **0.00** | **10,485.77** |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  R&R Gutter / downspout - aluminum - 6" | 580.00 LF | 9.11 | 186.33 | 1,094.02 | 6,564.15 | (0.00) | 6,564.15 |

330 linear feet of gutter + 250 linear feet of downspouts. Detaching the gutters to do the roof tear off will result in scratching and denting them. Remove and replace is the appropriate line item.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  Prime & paint gutter / downspout | 580.00 LF | 1.40 | 7.61 | 163.92 | 983.53 | (0.00) | 983.53 |
| 19.  Floor protection - cloth - skid resistant, breathable | 2,900.00 SF | 1.00 | 94.25 | 598.86 | 3,593.11 | (0.00) | 3,593.11 |

Skid resistant cloth is recommended for concrete floors. In order to paint the 580 linear feet of gutters on the right elevation of the building a skid resistant cloth is needed to keep paint off of the concrete ground below. The cloth should come 5 feet out from the building to ensure the landscaping and walkways do not get paint on them.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Right Elevation** | | | **288.19** | **1,856.80** | **11,140.79** | **0.00** | **11,140.79** |

### Job Associated Costs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 8.00 EA | 705.61 | 0.00 | 1,128.98 | 6,773.86 | (0.00) | 6,773.86 |

The roof tear off weight alone is 42 tons, not including flashings, gutters, pallets and other construction related debris that accumulate on a job site of this scale. A 40 yard dumpster can contain 7-8 tons of debris. The roof alone will consume six 40 yard dumpsters.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21.  Replace Boom lift - 30'-45' reach (per day) | 28.00 DA | 384.00 | 0.00 | 2,150.40 | 12,902.40 | (0.00) | 12,902.40 |

A boom lift will be needed to move supplies on and off the high roof. This project is estimated to take 3 weeks however if it rains it could set the project back significantly. This line item allows for 4 weeks of boom lift.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22.  Replace Equipment Operator - per hour | 224.00 HR | 58.08 | 0.00 | 2,601.98 | 15,611.90 | (0.00) | 15,611.90 |

Equipment operator hours for the boom lift. 28 days at 8 hours a day.



**National Public Adjusting**

**CONTINUED - Job Associated Costs**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23.  Job-site cargo/storage container - 40' long - per month | 1.00 MO | 115.84 | 7.24 | 24.60 | 147.68 | (0.00) | 147.68 |
| Job site storage container to store tools and construction related items securely overnight so they do not get stolen. | | | | | | | |
| 24.  Job-site cargo container - pick up/del. (each way) 16'-40' | 2.00 EA | 99.40 | 12.43 | 42.24 | 253.47 | (0.00) | 253.47 |
| 25.  Replace Fall protection harness and lanyard - per day | 25.00 DA | 8.00 | 0.00 | 40.00 | 240.00 | (0.00) | 240.00 |
| Osha required harness for a crew of 5 working for 5 days. | | | | | | | |
| 26.  Debris chute - per week - 30" x 4' section | 15.00 WK | 15.60 | 0.00 | 46.80 | 280.80 | (0.00) | 280.80 |
| This line item represents a 30" x 4' section only. It will take five 4' sections to reach ground level. A debris chute must be used to drop the debris off of the roof being over 20'. | | | | | | | |
| 27.  Debris chute hopper - per week - 30" x 4' section | 15.00 WK | 28.80 | 0.00 | 86.40 | 518.40 | (0.00) | 518.40 |
| OSHA regulations require the use of a hopper: 1926.252(a) Whenever materials are dropped more than 20 feet to any point lying outside the exterior walls of the building, an enclosed chute of wood, or equivalent material, shall be used. For the purpose of this paragraph, an enclosed chute is a slide, closed in on all sides, through which material is moved from a high place to a lower one. | | | | | | | |
| 28.  Debris chute mounting hardware - per week | 3.00 WK | 25.00 | 0.00 | 15.00 | 90.00 | (0.00) | 90.00 |
| 29.  Replace Roofer - per hour | 8.00 HR | 116.00 | 0.00 | 185.60 | 1,113.60 | (0.00) | 1,113.60 |
| Roofer labor hours to set up debris chute sections and hopper, as well as mount to building with hardware. | | | | | | | |
| 30.  Replace Temporary toilet (per month) | 1.00 MO | 195.32 | 0.00 | 39.06 | 234.38 | (0.00) | 234.38 |
| A 3 week window has been projected to complete a re-roof of a building this size. It is possible that it could rain and halt construction as well. 1 month of bathroom facilities for the work crew is required. | | | | | | | |
| 31.  Replace Barricade/warning sign/traffic cone - Min. equip. charge | 1.00 EA | 52.50 | 0.00 | 10.50 | 63.00 | (0.00) | 63.00 |
| 32.  Replace Temporary fencing - 1-4 months (per month) | 100.00 LF | 1.67 | 0.00 | 33.40 | 200.40 | (0.00) | 200.40 |
| 100 linear feet of temporary fencing to block the front elevation entrance to the property during construction. | | | | | | | |
| 33.  Replace Generator - 6,000 watt - portable (per day) | 84.00 DA | 74.70 | 0.00 | 1,254.96 | 7,529.76 | (0.00) | 7,529.76 |
| Generator capable of running all construction equipment will be required. The project provides limited electrical axis point, and the power output needed for the tools required. The calculation is based on a 8 hour workday. 3 generators for 4 weeks. | | | | | | | |
| 34.  Replace Generator temporary power cable (per day) | 84.00 DA | 27.00 | 0.00 | 453.60 | 2,721.60 | (0.00) | 2,721.60 |
| 35.  Replace Scissor lift - 26' platform height (per day) | 5.00 DA | 207.00 | 0.00 | 207.00 | 1,242.00 | (0.00) | 1,242.00 |
| Scissor lift to remove/replace/paint the gutters. | | | | | | | |
| 36.  Commercial Supervision / Project Management - per hour | 120.00 HR | 65.00 | 0.00 | 1,560.00 | 9,360.00 | (0.00) | 9,360.00 |
| Commercial project manager on site to facilitate a job of this scope for the projected 3 weeks of construction. | | | | | | | |
| 37.  Moving Printing Press Quote | 1.00 EA | 84,720.00 | 0.00 | 0.00 | 84,720.00 | (0.00) | 84,720.00 |
| See attachment. | | | | | | | |

 **National Public Adjusting**

### CONTINUED - Job Associated Costs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38. Replace Ductwork - large - hot or cold air - Detach & reset | 30.00 LF | 21.27 | 0.19 | 127.66 | 765.95 | (0.00) | 765.95 |
| Labor cost to detach and reset the large ducting from the printing press to move the printing press. | | | | | | | |
| 39. Electrician - per hour | 40.00 HR | 115.02 | 0.00 | 920.16 | 5,520.96 | (0.00) | 5,520.96 |
| Labor costs to disconnect the printing press, reconnect at temporary facility, disconnect at temporary facility and reconnect at the loss location 5631 Brystone Drive, Houston, TX 77008. This is for two electricians each working 20 hours total including drive time. | | | | | | | |
| 40. Replace Plumber - per hour | 40.00 HR | 120.00 | 0.00 | 960.00 | 5,760.00 | (0.00) | 5,760.00 |
| Labor costs to disconnect the printing press water lines, reconnect at temporary facility, disconnect at temporary facility and reconnect at the loss location 5631 Brystone Drive, Houston, TX 77008. This is for two plumbers each working 20 hours total including drive time. | | | | | | | |
| 41. Bid Item - Pack In, Pack Out Warehouse | 1.00 EA | 199,397.00 | 0.00 | 0.00 | 199,397.00 | (0.00) | 199,397.00 |
| This quote is from:<br>Atlantic Relocation Systems Inc<br>5210 Tacoma Drive<br>Houston, TX 77041<br>713-856-2300 | | | | | | | |
| The quote is to pack up the warehouse (excluding the printing press), move all items to a different warehouse. Then after the restoration is over, move all contents (excluding the printing press) back to the loss location 5631 Brystone Drive, Houston, TX 77041. | | | | | | | |
| 42. Final cleaning - construction - Commercial | 4,310.00 SF | 0.18 | 58.19 | 155.16 | 989.15 | (0.00) | 989.15 |
| Final clean around the building perimeter to magnetize for roofing nails and clean up construction debris to prevent personal injury and property damage. | | | | | | | |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Job Associated Costs** | | | **78.05** | **12,043.50** | **356,436.31** | **0.00** | **356,436.31** |
| **Total: Coverage A** | | | **5,095.42** | **70,280.20** | **705,856.65** | **0.00** | **705,856.65** |
| **Line Item Totals: COLE&ASHCROFT-1** | | | **5,095.42** | **70,280.20** | **705,856.65** | **0.00** | **705,856.65** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 944.07 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 33,691.79 | Surface Area | 336.92 | Number of Squares | 1,162.02 | Total Perimeter Length |
| 330.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **National Public Adjusting**

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 421,739.65 | 59.75% | 421,739.65 | 59.75% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 284,117.00 | 40.25% | 284,117.00 | 40.25% |
| Total | 705,856.65 | 100.00% | 705,856.65 | 100.00% |

 **National Public Adjusting**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 346,364.03 |
| Material Sales Tax | 5,017.56 |
| Storage Rental Tax | 19.67 |
| Subtotal | 351,401.26 |
| Overhead | 35,140.10 |
| Profit | 35,140.10 |
| Cleaning Sales Tax | 58.19 |
| **Replacement Cost Value** | **$421,739.65** |
| **Net Claim** | **$421,739.65** |

Ray

 **National Public Adjusting**

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 284,117.00 |
| **Replacement Cost Value** | **$284,117.00** |
| **Net Claim** | **$284,117.00** |

_____
Ray

 **National Public Adjusting**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.25%) | Cleaning Mtl Tax (6.25%) | Cleaning Sales Tax (6.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (6.25%) | Total Tax (6.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 35,140.10 | 35,140.10 | 5,017.56 | 0.00 | 58.19 | 0.00 | 19.67 | 0.00 |
| **Total** | | | | | | | | |
| | **35,140.10** | **35,140.10** | **5,017.56** | **0.00** | **58.19** | **0.00** | **19.67** | **0.00** |

 **National Public Adjusting**

<br>

# Recap by Room

**Estimate: COLE&ASHCROFT-1**

**Area: Coverage A**

| | | | |
|---|---|---|---|
| **Roof1** | | **268,695.79** | **42.62%** |
| Coverage: Dwelling | 100.00% = | 268,695.79 | |
| **Left Elevation** | | **8,474.68** | **1.34%** |
| Coverage: Dwelling | 100.00% = | 8,474.68 | |
| **Right Elevation** | | **8,995.80** | **1.43%** |
| Coverage: Dwelling | 100.00% = | 8,995.80 | |
| **Job Associated Costs** | | **344,314.76** | **54.61%** |
| Coverage: Dwelling | 17.48% = | 60,197.76 | |
| Coverage: Contents | 82.52% = | 284,117.00 | |
| **Area Subtotal:  Coverage A** | | **630,481.03** | **100.00%** |
| Coverage: Dwelling | 54.94% = | 346,364.03 | |
| Coverage: Contents | 45.06% = | 284,117.00 | |
| **Subtotal of Areas** | | **630,481.03** | **100.00%** |
| Coverage: Dwelling | 54.94% = | 346,364.03 | |
| Coverage: Contents | 45.06% = | 284,117.00 | |
| **Total** | | **630,481.03** | **100.00%** |

 **National Public Adjusting**

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **CLEANING** | | | | **775.80** | **0.11%** |
| Coverage: Dwelling | @ | 100.00% | = | 775.80 | |
| **CONTENT MANIPULATION** | | | | **314.64** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 314.64 | |
| **GENERAL DEMOLITION** | | | | **58,519.42** | **8.29%** |
| Coverage: Dwelling | @ | 100.00% | = | 58,519.42 | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | | **92.04** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% | = | 92.04 | |
| **HEAVY EQUIPMENT** | | | | **24,796.92** | **3.51%** |
| Coverage: Dwelling | @ | 100.00% | = | 24,796.92 | |
| **HEAT, VENT & AIR CONDITIONING** | | | | **638.10** | **0.09%** |
| Coverage: Dwelling | @ | 100.00% | = | 638.10 | |
| **LABOR ONLY** | | | | **12,400.80** | **1.76%** |
| Coverage: Dwelling | @ | 100.00% | = | 12,400.80 | |
| **PLUMBING** | | | | **4,800.00** | **0.68%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,800.00 | |
| **PAINTING** | | | | **1,668.80** | **0.24%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,668.80 | |
| **ROOFING** | | | | **222,912.93** | **31.58%** |
| Coverage: Dwelling | @ | 100.00% | = | 222,912.93 | |
| **SCAFFOLDING** | | | | **200.00** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 200.00 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **10,286.96** | **1.46%** |
| Coverage: Dwelling | @ | 100.00% | = | 10,286.96 | |
| **TEMPORARY REPAIRS** | | | | **8,957.62** | **1.27%** |
| Coverage: Dwelling | @ | 100.00% | = | 8,957.62 | |
| **O&P Items Subtotal** | | | | **346,364.03** | **49.07%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **USER DEFINED ITEMS** | | | | **284,117.00** | **40.25%** |
| Coverage: Contents | @ | 100.00% | = | 284,117.00 | |
| **Non-O&P Items Subtotal** | | | | **284,117.00** | **40.25%** |
| **O&P Items Subtotal** | | | | **346,364.03** | **49.07%** |
| **Material Sales Tax** | | | | **5,017.56** | **0.71%** |
| Coverage: Dwelling | @ | 100.00% | = | 5,017.56 | |
| **Storage Rental Tax** | | | | **19.67** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 19.67 | |
| **Overhead** | | | | **35,140.10** | **4.98%** |
| Coverage: Dwelling | @ | 100.00% | = | 35,140.10 | |
| **Profit** | | | | **35,140.10** | **4.98%** |
| Coverage: Dwelling | @ | 100.00% | = | 35,140.10 | |

 **National Public Adjusting**

| | | | | |
|---|---|---|---|---|
| **Cleaning Sales Tax** | | | **58.19** | **0.01%** |
| Coverage: Dwelling | @ | 100.00%  = | 58.19 | |
| **Total** | | | **705,856.65** | **100.00%** |



**National Public Adjusting**

1     1-Risk



2     2-Front Elevation





**National Public Adjusting**

3    3-Left Elevation



4    4-Left Elevation Continued





**National Public Adjusting**

5   5-Left Elevation Continued



6   6-Left Elevation Continued





**National Public Adjusting**

7    7-Left Elevation Continued



8    8-Left Elevation Continued





**National Public Adjusting**

9    9-Left Elevation Continued



10   10-Left Elevation Continued





**National Public Adjusting**

11     11-Back Elevation



12     12-Back Elevation





**National Public Adjusting**

13   13-Right Elevation



14   14-Right Elevation Continued





**National Public Adjusting**

15   15-Lower Roof Over Offices

The only roof the engineer inspected
and included in his report.



16   16-Lower Roof Temporary
Repairs



 **National Public Adjusting**

17    17-Warehouse Roof Overview

An overview of the 30,000 square
foot roof that engineer Luis Ulloa
from ProNet Group Inc failed to
inspect or even make mention of in
his report. Mr. Ulloa came out to
inspect the loss location which consist
of 33,691 square feet of roof covering.
Of the 33,691 square feet, Mr. Ulloa
only inspected 3,850 square feet and
denied the entire claim based on his
findings. Mr. Ulloa likely did not get
on this portion of the roof because it
would have required a ladder pull. He
either didn't have another ladder with
him or he didn't care enough about the
insured to come back with a ladder to
do the job he was hired to do.



18    18-Hail Strikes Overview





**National Public Adjusting**

19    19-Roof Overview



20    20-Roof Overview





**National Public Adjusting**

21    21-Roof Overview



22    22-Roof Overview



**National Public Adjusting**

23   23-Flashing Hail Strike Overview



24   24-Hail Strike On Parapet Flashing
      Wall



**National Public Adjusting**

25    25-Hail Strike On Parapet Flashing



26    26-Hail Strike On Parapet Flashing





**National Public Adjusting**

27    27-Hail Strike On Metal Roof



28    28-Hail Strike On Flashing





**National Public Adjusting**

29   29-Hail Strike On Flashing



30   30-Hail Strike On Metal Roof



**National Public Adjusting**

31    31-Hail Strike Close Up



32    32-Hail Strike Close Up





**National Public Adjusting**

33   33-Hail Strike Close Up



34   34-Hail Strike On Flashing





**National Public Adjusting**

35    35-Hail Strikes On Lower Metal
      Roof Covering



36    36-Hail Strikes On Metal Roof
      Covering





**National Public Adjusting**

37   37-Hail Strikes On Metal Roof
     Covering



38   38-Hail Strikes On Metal Roof





**National Public Adjusting**

39   39-Hail Strike Close Up



40   40-Hail Close Up





**National Public Adjusting**

41   41-Hail



42   42-Hail





**National Public Adjusting**

43    43-Hail On Eave Trim



44    44-Hail





**National Public Adjusting**

45    45-Hail Close Up



46    46-Hail Strikes





**National Public Adjusting**

47   47-Hail Strikes



48   48-Hail Strikes On Ridge Vent





**National Public Adjusting**

49   49-Hail Strike On Ridge Vent
     Close Up



50   50-Hail Overview





**National Public Adjusting**

51    51-Hail Overview



52    52-Hail Strikes On Ridge Vent





**National Public Adjusting**

53   53-Close Up Of Hail Impact On
Ridge Vent



54   54-Hail Overview





**National Public Adjusting**

55    55-Hail Overview



56    56-Hail Overview





**National Public Adjusting**

57   57-Hail Overview



58   58-Hail Overview





**National Public Adjusting**

59    59-Hail Strike



60    60-Hail Overview





**National Public Adjusting**

61    61-Hail Overview



62    62-Hail Overview





**National Public Adjusting**

63    63-Hail Overview



64    64-Hail Overview





**National Public Adjusting**

65    65-Hail Overview



66    66-Hail Overview





**National Public Adjusting**

67   67-Hail Overview



68   68-Hail Overview





**National Public Adjusting**

69    69-Hail Overview



70    70-Hail Overview





**National Public Adjusting**

71   71-Hail Dent On Eave Trim



72   72-Hail Overview Of Trim





**National Public Adjusting**

73    73-Hail Close Up On Eave Trim



74    74-Hail Overview



**National Public Adjusting**

75   75-Hail Overview



76   76-Hail Close Up





**National Public Adjusting**

77   77-Hail Close Up



78   78-Hail Strike Overview





**National Public Adjusting**

79    79-Hail Impact Site Close Up



80    80-Hail Impact Sites





**National Public Adjusting**

81   81-Hail Strike On Eave Trim



82   82-Hail Strike Overview





**National Public Adjusting**

83    83-Hail On Eave Trim



84    84-Hail On Eave Trim





**National Public Adjusting**

85    85-Hail Strikes Overview



86    86-Ridge Vent Hail Damage



**National Public Adjusting**

87   87-Hail Strike Overview



88   88-Hail Strike Overview





**National Public Adjusting**

89   89-Hail Strike Overview



90   90-Hail Strike Close Up





**National Public Adjusting**

91   91-Hail Strike Overview



92   92-Hail Strike Overview





**National Public Adjusting**

93   93-Hail Strike Overview







Coverage A

 **National Public Adjusting**

## Sketch Roof Annotations

**Coverage A**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 14,650.61 | 146.51 | 1.00 |
| F2 | 14,650.61 | 146.51 | 1.00 |
| F3 | 1,830.32 | 18.30 | 1.00 |
| F4 | 1,830.32 | 18.30 | 1.00 |
| F5 | 729.93 | 7.30 | 2.00 |
| **Estimated Total:** | **33,691.79** | **336.92** | |



# A & D Flexographic Repair, Inc.

**P.O. Box 736 Texarkana, TX 75504-0736 Phone :(903) 791-0756**
**1620 New Boston Road, Texarkana, TX 75501 Fax:(903) 791-8191**
**Web page: www.a-dflexo.com    E-mail: acampbell@a-dflexo.com**

August 13, 2019                    *"Quote good for 30 days -Brystone to new location"*

Cole & Ashcroft                    ATTN:  Ray e-mail:  Ray.Estimate1@gmail.com
5631 Brystone Dr.                  phone:  713-714-2489
Houston, TX  77041

**QUOTATION/CONTRACT** to disassemble, transport, and re-erect a 4-color Kidder Press.
A & D Flexographic Repair, Inc. will disassemble your Kidder Press located at 5631
Brystone Drive, Houston, TX.  All machine components will be properly treated and
protected for transport.  All components and spare parts will be handled in a good
workmanship manner, loaded onto air ride trailers, properly bound down, and tarped for
transport.  The equipment will be unloaded in your new location in the Houston area.

The press will be reassembled "AS IT IS" in the Bryson Drive plant, properly aligned,
leveled, and lagged down where necessary.  All services to the press; such as, electrical
connection (Main power), water lines, gas lines, air lines, duct work, through the roof or
outer duct connections if necessary, will be the responsibility of Cole & Ashcroft.  All
straps, brackets, braces, framework, or changes to the location of components different from
"as is"
in the Brystone Drive location will be Cole & Ashcroft's responsibility.

If services (as listed above) are in place at the time of A & D install, then A & D will start
up the press.  Any additional start-up, labor or training will be done at $130.00 per hour per
man plus expenses.  Any alterations to doorways, hallways, awnings, walls or removal of
other obstructions in order to move the equipment into or out of the facilities will be Cole &
Ashcroft's responsibility.

| Total cost of job: | Dissemble and Reassemble: | $ 39,360.00 |
| | Trucking (based on 2 trucks): | $   3,000.00 |
| | TOTAL: | $ 42,360.00 |

Payment Terms:
60% of $42,360.00 due upfront.--------------------------------- $ 25,416.00
30% of $42,360.00 due upon delivery to your new location-- $ 12,708.00
10% of $42,360.00 due 30 days after A & D's completion---- $   4,236.00

_____
Cole & Ashcroft                              Date
_____
A & D Flexographic Repair, Inc.              Date



## A & D Flexographic Repair, Inc.

**P.O. Box 736 Texarkana, TX 75504-0736 Phone :(903) 791-0756**
**1620 New Boston Road, Texarkana, TX 75501 Fax:(903) 791-8191**
**Web page: www.a-dflexo.com    E-mail: acampbell@a-dflexo.com**

August 13, 2019                                          <span style="color:red">**New location returning to Brystone Dr.**</span>

Cole & Ashcroft                    ATTN:  Ray e-mail:  Ray.Estimate1@gmail.com
5631 Brystone Dr.                  phone:  713-714-2489
Houston, TX  77041   <span style="color:red">**This quote is estimate only and may alter if changes in equipment Rental and/or freight costs change.**</span>

**QUOTATION/CONTRACT** to disassemble, transport, and re-erect a 4-color Kidder Press. A & D Flexographic Repair, Inc. will disassemble your Kidder Press located at your new location in Houston, TX.  All machine components will be properly treated and protected for transport.  All components and spare parts will be handled in a good workmanship manner, loaded onto air ride trailers, properly bound down, and tarped for transport.  The equipment will be unloaded in your plant at 5631 Brystone Dr., Houston, TX

The press will be reassembled "AS IT IS" originally in the Bryson Drive plant, properly aligned, leveled, and lagged down where necessary.  All services to the press; such as, electrical connection (Main power), water lines, gas lines, air lines, duct work, through the roof or outer duct connections if necessary, will be the responsibility of Cole & Ashcroft. All straps, brackets, braces, framework, or changes to the location of components different from "as is" originally in the Brystone Drive location will be Cole & Ashcroft's responsibility.

If services (as listed above) are in place at the time of A & D install, then A & D will start up the press.  Any additional start-up, labor or training will be done at $130.00 per hour per man plus expenses.  Any alterations to doorways, hallways, awnings, walls or removal of other obstructions in order to move the equipment into or out of the facilities will be Cole & Ashcroft's responsibility.

| Total cost of job: | Dissemble and Reassemble: | $ 39,360.00 |
|---|---|---|
|  | Trucking (based on 2 trucks): | $  3,000.00 |
|  | TOTAL: | $ 42,360.00** |

Payment Terms:
60% of $42,360.00 due upfront.---------------------------------- $ 25,416.00
30% of $42,360.00 due upon delivery to your new location-- $ 12,708.00
10% of $42,360.00 due 30 days after A & D's completion---- $  4,236.00

_____
Cole & Ashcroft                              Date
_____
A & D Flexographic Repair, Inc.                    Date

Proposal   Atlantic Relocation Systems            Proposal Date- 1/0/00
0          5210 Tacoma Dr                          Revision Date- 1/0/00
           Houston,TX 77041

# COLE & ASHCROFT
## Relocation Project Summary

| Resource | Hrs/Qty | | Rate | | Bid Total |
|---|---|---|---|---|---|
| | | | | | |
| Project Management- | 20 | | | | $ 1,313.00 |
| | | | | | |
| Materials- | | | | | |
| Packing boxes | 75 | | $ 2.25 | | $ 168.75 |
| Labels | 2 | | $ 15.00 | | $ 30.00 |
| Shrink-wrap | | | | | |
| Monitor/keyboard bags | | | | | |
| Delivery/pick up | 1 | | | | $ 50.00 |
| Equipment Fee | | | | | $ 1,920.00 |
| Tax | | | | | |
| Racking | | | | | $ 22,400.00 |
| | | | | | |
| Rigging Machinery/moving | | | | | $ 49,000.00 |
| | | | | | |
| Warehouse move | | | | | $ 109,956.00 |
| Forklifts | 4 | | 1200 | | $ 9,600.00 |
| Installation Services | | | | | |
| Propane tanks | | | | | $ 2,160.00 |
| | | | | | |
| | | | | | |
| Fuel Surcharge | | | | | $ 2,800.00 |
| | | | | | |
| **TOTAL PRICE** | | | | | **$ 199,397.75** |

## Acceptance of Proposal

Agreed and accepted on this date per terms and conditions outlined in the Service Agreement and the Terms Agreement #

Signed: _____ Printed:_____ Date:_____

| Plan Total |
|---|
| $ 1,313.00 |
| |
| |
| $ 168.75 |
| $ 30.00 |
| |
| $ 50.00 |
| $ 1,920.00 |
| $ 22,400.00 |
| |
| $ 49,000.00 |
| |
| $ 109,956.00 |
| $ 9,600.00 |
| |
| $ 2,160.00 |
| |
| |
| $ 2,800.00 |
| |
| $ 199,397.75 |

**Fuel surcharge**

Proposal                                              Proposal Date-        1/0/00
     0                        Revision Date-        1/0/00

# Scope of Work

This proposal is based on providing the following services given the stated parameters and criteria.

**Move From:**    Street-    **0**
                  Suite #-   **0**
                  City-      **0**
                  State-                    **0**
                  Zip-       **0**



    # of origin elevators required:

**Move To:**      Street-    **0**
                  Suite #-   **0**
                  City-      **0**
                  State-                    **0**
                  Zip-       **0**

    # of dest. elevators required:

## PROJECT MANAGEMENT:

Our Project Management service introduces an experienced industry professional to interact with and on behalf of the client in evaluating and managing the entire relocation process and all its participants. Your Project Manager will also prepare the inventory and evaluate installation documents needed for the reinstall of the existing modular product.

**Project Manager duties will include:**

Coordination with building Property Managers
Employee Education
Identify packing requirements
Special handling requirements
On-site crew management
Claim follow up

# MATERIALS:

Move Solutions will provide the materials necessary to pack and prepare for the relocation, including crates, labels, and shrink-wrap. We typically use the 3.0 security crates in lieu of standard 1.5 interlock cartons and 2.2 cartons, though cartons are still available if preferred. Property protection, including masonite, wall board and corner protectors, will be provided as part of our standard procedure at no cost.

**Materials included:**

Security Crates-    75
Labels-             2
Shrink-wrap-        0

These materials will be delivered as outlined in the attached Move Plan. Additional materials and deliveries are billable over and above the stated proposal amounts.

**Units to be Serviced:**

PC's-           0
Printers-       0
Peripherals-    0
Phones-         0

Final costs will be based on actual number of units serviced as determined by an inventory performed by the technicians.

# INSTALLATION  SERVICES:

Installers will work with move crews to disassemble and reassemble the executive office units, secretarial desks, hutches, conference tables, etc.  Anything that must be disassembled to be moved will be reassembled by our crew.

Proposal                                                        Proposal Date-    1/0/00
            0                                                   Revision Date-    1/0/00

## PACKING ASSISTANCE:

Professional packers will be provided to assist with the preparation of a number of contents areas, including the Server Room, training rooms, and break areas.

## SERVER ROOM "HOT SHOT":

A separate crew will be assigned to relocate the electronic contents of the server room at a time determinied by the IT staff. The crew will be dedicated to this task, with a separate truck and equipment and priority access to the docks and elevators at both facilities.

## RELOCATION ACTIVITY:

Relocate office furniture, contents, and equipment as indicated on the attached work sheets.  These work sheet values are estimates and are used for determining the anticipated volume of items to be moved, the approximate crew size, and the estimated hours for the job.  It is not intended to be a <u>firm</u> count of the items we intend to move.  It is expected there will be slight variations to this inventory:



## TUNE  UP  SERVICES:

| | | |
|---|---|---|
| Proposal | Proposal Date- | 1/0/00 |
| 0 | Revision Date- | 1/0/00 |

## SERVICE CONSIDERATIONS-

Customer employees will pack and label the contents of all furniture and contents, except where professional packing assistance is requested.

Customer will provide on-site coordination personnel to assist movers and installers with access to customer space and organization of delivered products.

# ATLANTIC RELOCATION SYSTEMS

## Terms Agreement

Agreement #- **0**

| | |
|---|---|
| Initial | **C.O.D.-** Collect on Delivery |

\* **Check/Money Order** for Not to Exceed Amount must be provided to crew supervisor at time of arrival to job-site.              COD Amount:        **##########**

\* **Credit Card:** American Express_____    Visa_____   MasterCard_____

**Name as spelled on credit card:** _____

**Card #** _____        **Expiration Date**: _____

## Billing Address

| | | | | | |
|---|---|---|---|---|---|
| **Co.-** | 0 | **City-** | 0 | **Phone-** | 0 |
| **Contact-** | 0 | **State-** | 0 | **Fax-** | 0 |
| **Street-** | 0 | **Zip-** | 0 | | |
| **Suite-** | 0 | **E-mail-** | 0 | | |

| | |
|---|---|
| Initial | Down,              Project Start,              Balance Due |

\* **Pre-pay-**      **$**      **-**      due minimum 2 weeks prior to move date.
                    Anticipated pre-payment date: _____

\* **Project-**      **$**      **-**      due on first date of main project service.
                    Payment due date: _____

\* **Balance-**              proposal balance and change orders, if applicable, due  10 days from date of final invoice.

## Acceptance of Proposal

_____                 _____
Customer Signature                                                Printed Name

_____                 _____
Company                                                               Date

Atlantic Account Manager                                        Agreement #      **0**

| Customer Mailing Address & Contact Information | | | | | | |
|---|---|---|---|---|---|---|
| Company Name: | 0 | | | Contact Name: | | 0 |
| Street: | 0 | | | Contact Phone: | | - |
| Suite #/Mailing Code: | 0 | | | Contact Fax: | | - |
| City: | 0 | | | Contact E-mail: | | 0 |
| State: | 0 | Zip: | 0 | Contact Mobile: | | - |

| Customer Payable Address and Contact Information | | | | | | |
|---|---|---|---|---|---|---|
| Company Name: | 0 | | | Contact Name: | | 0 |
| Street: | 0 | | | Contact Phone: | | - |
| Suite #/Mailing Code: | 0 | | | Contact Fax: | | - |
| City: | 0 | | | Contact E-mail: | | 0 |
| State: | 0 | Zip: | 0 | Contact Mobile: | | - |
| Special Billing Instructions: | | | | | Taxable: ☐ Yes ☐ No | |

| Resource Description | Per Unit | | On-Call Service | Resource Description | Per Unit | | On-Call Service |
|---|---|---|---|---|---|---|---|
| | | Eff. Date: | | Office Crate | Use/Week | $ 3.00 | |
| Van | W/O | $ 75.00 | | File Crate | Use/Week | $ 3.00 | |
| Truck- Bobtail | Hour | $ 28.00 | | PC Crate | Use/Week | $ 3.00 | |
| Truck- Tractor | Hour | $ 28.00 | | Box 1.5 new | Each | $ 2.00 | |
| Trailer | Day | $ 40.00 | | Box 1.5 used | Each | $ 0.95 | |
| Project Manager | Hour | $ 65.00 | | Box 2.2 new | Each | $ 2.98 | |
| Move Manager | Hour | $ 39.30 | | Box 2.2 used | Each | $ 1.91 | |
| Move Supervisor / CC | Hour | $ 30.00 | | Box 3.5 new | Each | $ 4.17 | |
| Driver | Hour | $ 28.00 | | Box 3.5 used | Each | $ 2.38 | |
| Mover | Hour | $ 25.00 | | Box Survival Kit | Each | $ 1.79 | |
| Installation Manager | Hour | $ 40.00 | | Box Gondola | Each | $ 20.00 | |
| Installation Supervisor | Hour | $ 35.00 | | Labels | Roll | $ 7.50 | |
| Installer | Hour | $ 30.00 | | Shrink Wrap | Roll | $ 20.00 | |
| Technical Manager | Hour | $ 64.31 | | Bubble Wrap | Roll | $ 60.00 | |
| Electronic Technician | Hour | $ 58.36 | | Tape - Painters | Roll | $ 5.96 | |
| PC/Peripheral | Unit | $ 25.00 | | Box Credit | Each | $ 0.25 | |
| Furniture Technician | Hour | $ 46.45 | | Storage Rate | Sq Ft plus | $ 0.44 | |
| Cart- Book, Machine, Art, panel | Day | $ 8.00 | | Shop Fee | Inv. Am. | 1% | |

Customer agrees to abide by the payment terms outlined in the accompnying Terms Agreement.

**On Call Service Program Includes:** Guaranteed next day service Monday through Friday until 5:00 pm Friday or the job is free. Priority service on weekends (max. six men, one truck, eight hours). "Like Item & Condition" damage liability limits (See back of this Service Agreement's cover page for definition). Four Hour minimum crew charge, including "Portal to Portal" travel charge. Overtime=Holidays, Weekends, Monday through Friday after 5 pm.

_____          _____          _____ _____
Signature                                        Printed Name                                        Title                    Date

Proposal                                    Proposal Date-
                    0                        Revision Date-

# Inventory Work Sheet

| ITEMS- | | QTY | | CUBE | | TOTAL |
|---|---|---|---|---|---|---|
| Desks | | 0 | | 45 | | 0 |
| Executive Unit | | 0 | | 80 | | 0 |
| Sec. Desks | | 0 | | 60 | | 0 |
| Hutch | | 0 | | 50 | | 0 |
| Credenzas | | 0 | | 40 | | 0 |
| Small Bookcase | | 0 | | 20 | | 0 |
| Large Bookcase | | 0 | | 20 | | 0 |
| Metal Shelving | | 0 | | 30 | | 0 |
| Cabinet | | 0 | | 20 | | 0 |
| Copier | | 0 | | 25 | | 0 |
| Chairs | | 0 | | 15 | | 0 |
| Small Table | | 0 | | 10 | | 0 |
| Work Table | | 0 | | 20 | | 0 |
| Conference Table | | 0 | | 80 | | 0 |
| Computer Table | | 0 | | 35 | | 0 |
| Pallet | | 850 | | 40 | | 34000 |
| Sofa | | 0 | | 65 | | 0 |
| 2/3 vertical file | | 0 | | 15 | | 0 |
| 4/5 vertical file | | 0 | | 25 | | 0 |
| 2/3 lateral file | | 0 | | 20 | | 0 |
| 4/5 lateral file | | 0 | | 30 | | 0 |
| Storage Cabinet | | 0 | | 30 | | 0 |
| Pictures/white boards | | 0 | | 20 | | 0 |
| Entertainment Center | | 0 | | 25 | | 0 |
| Marble/Glass Top | | 0 | | 30 | | 0 |
| PC Units | | 0 | | 9 | | 0 |
| Rollinf File System | | 0 | | 9 | | 0 |
| Equipment | | 0 | | 15 | | 0 |
| PBO Cartons | | 0 | | 3 | | 0 |
| 3.0 Security Crates | | 75 | | 6 | | 450 |
| 2.2 Cartons | | 0 | | 4 | | 0 |
| Gondolas | | 0 | | 25 | | 0 |
| Appliances | | 0 | | 40 | | 0 |
| Book Carts/Machine Carts | | 0 | | 55 | | 0 |
| Modular stations | | 0 | | 80 | | 0 |
| Misc. | | 0 | | 200 | | 0 |
| TOTAL | | | | | | 34450 |

43.0625   32.29688

Proposal                                      Proposal Date-    1/0/00
          0                                   Revision Date-    1/0/00

## SUGGESTED  MOVE  PLAN

The following move elements are based on the Scope of Work defined earlier. This plan represents a sequence of events that is meant to create the most efficient, cost effective relocation, though dates and times are flexible as needed to address client work requirements.

| Date- | | Day- | Thu | Time- | am | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Crate Delivery | | | | | | | |
| Proj Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Crates- | | | Labels- | | | Shrinkwrap- | | |

| Cart Requirements- | | # carts- | | | | # days- | | |
|---|---|---|---|---|---|---|---|---|
| Date- | | Day- | | Time- | | | | |
| Task- | Warehouse | | | | | | | |
| Proj Mgr | Supervisor | Truck | Driver | Mover | Fork Dr | Installer | Van | Hours |
| 0 | 1 | 4 | 4 | 14 | 4 | 0 | 0 | 63  # |
| Date- | | Day- | | Time- | | | | |
| Task- | Warehouse move | | | | | | | |
| Proj Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | | | | | | | | |
| Proj Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

| Cart Requirements- | | # carts- | 0 | | | # days- | 0 | |
|---|---|---|---|---|---|---|---|---|

| Date- | | Day- | | Time- | | |
|---|---|---|---|---|---|---|
| Task- | Reinstall pc's and peripherals at new facility. | | | | | |
| PC's | | Printers | | Peripherals | | |
| 0 | | 0 | | | | |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Tune up and first crate pick up. | | | | | | | |
| Proj Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | |
|---|---|---|---|---|---|---|

| Task- | Final crate pick up | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Deinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cart Requirements- | | # carts- | 0 | | | # days- | | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Date- | | Day- | | Time- | | | | |
|---|---|---|---|---|---|---|---|---|
| Task- | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Date- | | Day- | | | Time- | | | |
|---|---|---|---|---|---|---|---|---|
| **Task-** | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Date- | | Day- | | | Time- | | | |
|---|---|---|---|---|---|---|---|---|
| **Task-** | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Date- | | Day- | | | Time- | | | |
|---|---|---|---|---|---|---|---|---|
| **Task-** | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| Date- | | Day- | | | Time- | | | |
|---|---|---|---|---|---|---|---|---|
| **Task-** | Modular Reinstall | | | | | | | |
| Proj_Mgr | Supervisor | Truck | Driver | Mover | Packer | Installer | Van | Hours |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |
| $    - | | | | | | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| $    - | Rate- $    8.00 | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $ 54,978.00 | 0 | 252 | 252 | 882 | 252 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 10 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |

$    -     Rate- $    8.00

| | |
|---|---|
| **Total** | |
| $    - | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|

| **Total** | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |
| $    - | Rate- $    8.00 | | | | | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $    - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $        - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $        - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $        - | 0 | 0 | 0 | 0 | 0 | |

| | Dollies | Gondolas | Machinecarts | Bookcarts | Pads | Panelcart |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | PM | S | T/D | M | P | |
| $        - | 0 | 0 | 0 | 0 | 0 | |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|
| 0 | | 0 | 0 | 0 |
| I | V | | | |
| 0 | 0 | Fuel- | | $    - |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|
| 0 | | 0 | 0 | 0 |
| I | V | | | |
| 0 | 717.44 | Fuel- | | $   3,104.64 |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|
| 0 | | 0 | 0 | 0 |
| I | V | | | |
| 0 | 0 | Fuel- | | $    - |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|
| 0 | | 0 | 0 | 0 |
| I | V | | | |
| 0 | 0 | Fuel- | | $    - |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|
| 0 | | 0 | 0 | 0 |
| I | V | | | |
| 0 | 0 | Fuel- | | $    - |

| Straps | | Masonite | Tape | Wall board |
|--------|---|----------|------|------------|

| | | | |
|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board |
|---|---|---|---|---|
| 0 | | 0 | 0 | 0 |

| I | V | | | |
|---|---|---|---|---|
| 0 | 0 | Fuel- | $ | - |

| Straps | | Masonite | Tape | Wall board | |
|--------|--------|----------|------|------------|---|
| 0 | | 0 | 0 | 0 | |
| <u>I</u> | <u>V</u> | | | | |
| 0 | 0 | Fuel- | | $ | - |

| Straps | | Masonite | Tape | Wall board | |
|--------|--------|----------|------|------------|---|
| 0 | | 0 | 0 | 0 | |
| <u>I</u> | <u>V</u> | | | | |
| 0 | 0 | Fuel- | | $ | - |

| Straps | | Masonite | Tape | Wall board | |
|--------|--------|----------|------|------------|---|
| 0 | | 0 | 0 | 0 | |
| <u>I</u> | <u>V</u> | | | | |
| 0 | 0 | Fuel- | | $ | - |

| Straps | | Masonite | Tape | Wall board | |
|--------|--------|----------|------|------------|---|
| 0 | | 0 | 0 | 0 | |
| <u>I</u> | <u>V</u> | | | | |
| 0 | 0 | Fuel- | | $ | - |