John Lines                                                                    March 04, 2021

```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
COLE & ASHCROFT, LP,            )
DBA SHUTTERS PLUS,              )
                                )
         Plaintiff,             )
                                )
                                )
VS.                             ) CIVIL ACTION NO. 4:20-CV-03507
                                )
STATE AUTOMOBILE MUTUAL         )
INSURANCE COMPANY,              )
                                )
         Defendant.             )
----------------------------------------------------------------
```

ORAL & VIDEO DEPOSITION OF: JOHN LINES

March 4, 2021

----------------------------------------------------

Oral & video deposition of JOHN LINES, produced as a witness at the instance of the defendant, and duly sworn, was taken in the above-styled and numbered cause on the 4th day of March, 2021, from 9:33 a.m. to 1:03 p.m., before Patrick Stephens, Certified Court Reporter, reported by stenographic means, conducted remotely in accordance with the First Emergency Order regarding the COVID-19 State of Disaster, paragraphs 2.b and c., pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached thereto.



**DEFENDANT'S EXHIBIT K**

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                   210-697-3408

John Lines                                                           March 04, 2021
                                                                            Page 2

## A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

    DEREK L. FADNER, ESQ.
    McClenny Moseley & Associates, PLLC
    516 Heights Boulevard
    Houston, Texas 77007
    Telephone:  (844) 662-7552
    derek@mma-pllc.com

ON BEHALF OF THE DEFENDANT:

    PATRICK M. KEMP, ESQ.
    Segal McCambridge Singer & Mahoney
    100 Congress Avenue
    Suite 800
    Austin, Texas 78701
    Telephone:  (512) 476-7834
    pkemp@smsm.com

ALSO PRESENT:

    ARIANA JOHNSON, Zoom Technician
    Kim Tindall & Associates
    Telephone:  (214) 874-8322
    ajohnson@ktanda.com

```
 1      A     I don't -- I don't have -- I just didn't.
 2      Q     Okay.  So Paul Wagner spoke to somebody who said that
 3   they're doing another roof nearby, and you don't know who that
 4   person is.  Does Paul Wagner know who that person is?
 5      A     I don't know if he knows.
 6      Q     And -- and you didn't ask?
 7      A     I didn't talk to Paul about this --
 8      Q     Okay.
 9      A     -- before this deposition.
10      Q     Do you know if that other person would have been
11   affiliated with Stellar Restoration or not?
12      A     I don't know.
13      Q     Okay.  All right.  My previous question was:  Did --
14   did anyone at Cole & Ashcroft speak to any contractors about
15   storm -- or about damage repairs, and you identified this one
16   person or persons with an unknown company who apparently came
17   and spoke with Paul Wagner.  Are there any other times that a
18   contractor or a repair person communicated with Cole & Ashcroft
19   about doing repairs?
20      A     No.
21      Q     Okay.  So has a -- has a contractor ever been in
22   communication with Cole & Ashcroft about actually doing a roof
23   repair job or a replacement job or anything like that?
24      A     I don't know.  I don't think so.
25      Q     Well, did you -- did you check with your partners to
```

1  see if anybody's ever gotten an actual bid or signed a contract
2  or -- or had communications with any contractors about actually
3  doing work for a roof repair or replacement?
4       A    I did not.
5       Q    Okay.  So it's -- it's entirely possible that your
6  partners may have been doing that and you just didn't know
7  because you didn't ask them before your depo; is that right?
8       A    That's correct.
9       Q    Does Cole & Ashcroft currently have any plans to do
10 any repairs to the property?
11      A    We do not currently.
12      Q    Okay.  And maybe currently isn't as clear of a term as
13 I should use.  Are there any future claims of any kind to do
14 repairs to the property?
15      A    Yes.
16      Q    What plans are there?
17      A    To fix the roof.
18      Q    How are you going to fix the roof?
19      A    Well, once -- we'll get a contractor and have someone
20 repair the roof or replace it.
21      Q    Which is it?
22      A    Well, we haven't spoken with anybody to my knowledge,
23 so I don't know which one it'll be.
24      Q     Why -- why -- if this is something that you plan to
25 do, why haven't you spoken with anyone about doing it?

```
 1      A    We're waiting to settle this lawsuit, sir.
 2      Q    Okay.  So you're expecting -- you're expecting to
 3 settle this lawsuit --
 4      A    Well --
 5      Q    -- and --
 6      A    -- get -- get a claim settlement, yes.
 7      Q    You understand that the claim was denied; right?
 8      A    Yes.
 9      Q    Okay.  So if the claim -- if the claim is denied, does
10 that change the plans?
11               MR. FADNER:  Objection.
12 BY MR. KEMP (resuming):
13      Q    You can answer.
14      A    I -- I don't know.
15      Q    Okay.  So what specific plans are there to do repairs,
16 or are there any specific plans?
17      A    There are not specific plans.
18      Q    Okay.  How long has the roof been leaking?
19      A    I don't know the specific date.
20      Q    Okay.  Can you approximate the date or the month or
21 the year of when the roof began leaking?
22      A    I can't.
23      Q    All right.  It began leaking prior to Hurricane
24 Harvey; right?
25      A    There were some minor leaks prior to Harvey, I
```

```
 1  believe, yes.
 2       Q    Where were the leaks prior to Harvey?
 3       A    Mainly, I -- what I recall is around the ridge vents
 4  and the end cap of the building -- end caps.
 5       Q    So you were seeing the interior damage in the office
 6  and in the warehouse?
 7       A    We were seeing wet spots on the floor and insulation
 8  discoloration.
 9       Q    Okay.  Wet spots on what floor?
10       A    On our warehouse floor.
11       Q    Okay.  And you were seeing it on the insulation.  Was
12  the insulation starting to drip down?
13       A    I don't -- there was just discoloration to the
14  insulation.
15       Q    Okay.  What about in the office?  Weren't there leaks
16  in the office before Hurricane Harvey?
17       A    I don't recall.
18       Q    All right, sir.  You don't know who Stellar
19  Restoration is?
20            (Audio interference.)
21            MR. KEMP:  Mr. Fadner, could you mute?
22            MR. FADNER:  (Complies with request.)
23            MR. KEMP:  Thank you.
24            MR. FADNER:  Background -- background noise,
25       Patrick?
```

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF TEXAS
                             HOUSTON DIVISION
COLE & ASHCROFT, LP,              )
DBA SHUTTERS PLUS,                )
                                  )
          Plaintiff,              )
                                  )
                                  )
VS.                               ) CIVIL ACTION NO. 4:20-CV-03507
                                  )
STATE AUTOMOBILE MUTUAL           )
INSURANCE COMPANY,                )
                                  )
Defendant.                        )
```

REPORTER'S CERTIFICATE
ORAL & VIDEO DEPOSITION OF JOHN LINES
MARCH 4, 2021

I, Patrick A. Stephens, Certified National Court Reporter, hereby certify to the following:

That the witness, JOHN LINES, was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

That the deposition transcript was duly submitted on March 18, 2021, to the witness or to the attorney for the witness for examination, signature, and returned to me by _____

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount of time used by each party at the time of the deposition:

    Mr. Derek L. Fadner (0m)

        Attorney for Plaintiff

    Mr. Patrick M. Kemp (3 hrs 26m)

        Attorney for Defendant

    I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

    Certified to by me on this 18th day of March, 2021.

\*
\*
\*
\*
\*
\*
\*

*(signature)*

        PATRICK A. STEPHENS, CCR, CVR
        GA CERT. NO. 4672-1141-4562-4064
        NVRA NO. 5462