IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLE & ASHCROFT, LP DBA SHUTTERS PLUS *Plaintiff,* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-03507 |
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY *Defendant.* | § § § § § | |

## ORDER GRANTING DEFENDANT STATE AUTOMOBILE MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

On this day came to be considered the Motion for Summary Judgment filed by Defendant State Automobile Mutual Insurance Company ("State Auto"). Having considered State Auto's motion, any responses and replies thereto, the Court finds that State Auto's Motion for Summary Judgment is meritorious and should be granted.

Accordingly, it is hereby ORDERED that Defendant State Automobile Mutual Insurance Company's Motion for Summary Judgment is GRANTED and all of Plaintiff's claims and causes of action are hereby dismissed with prejudice.

Signed this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE