

**10497 Town and Country Way, Suite 930**
**Houston, Texas 77024**
**Office and Fax (713) 523-0104**

## Preliminary
## Report of Findings
## Hurricane Harvey Damage

**Cole & Ashcroft, LP**
**5631 Brystone Drive**
**Houston, Texas 77041**

## Submitted To

**Mr. Derek Fadner**
**McClenny, Moseley & Associates, PLLC**
**516 Heights Boulevard**
**Houston, Texas 77007**

*Project No.: 11992*
*Date: November 8, 2019*
*Texas Engineering Firm No. F-11857*

*Peter de la Mora, P.E.*
*Principal*

**INTRODUCTION**

McClenny, Moseley & Associates, PLLC, law firm, retained PE Service Engineers, LP to assess damage sustained by the Cole & Ashcroft, LP office and warehouse building, located at 5631 Brystone Drive, Houston, from heavy wind and rain during Hurricane Harvey. Our investigation was conducted by Mr. Peter de la Mora, P.E. The site assessment was performed on November 1, 2019. Mr. Jeff Holsomback, of Best Bet Roofing assisted with the roof observations.



**Cole & Ashcroft, LP**
**Office and Warehouse Building**
**5631 Brystone Drive, Houston, Texas**

For this report, the front of the Cole & Ashcroft, LP office and warehouse building faces in an easterly direction. Right and left directions refer to an observer facing the front of the building from Brystone Drive.

We were provided the following documents:

- Repair Estimate from National Public Adjusting; Date Entered: July 26, 2019, with attached photographs.

This report is based on information available to us at this time. Our investigation continues, and additional information or additional deficiencies in this building may be detected. We will make every effort to report any additional information, opinion or conclusion as promptly as possible. We reserve the right to revise our opinions and conclusions, if necessary and warranted by the discovery of new or additional information.

It is not the intent of this report to document all damage or deficiencies in and around this building but to show typical conditions that affect the opinions expressed in this report. The lists and photographs in or attached to this report are intended to illustrate representative damage and should not be considered being all inclusive of the damage observed in this building.

**FINDINGS**

Our investigation of the, Cole & Ashcroft, LP office and warehouse building located at 5631 Brystone Drive, Houston, Texas for damage from Hurricane Harvey wind revealed the following:

- The buildings are constructed on a common slab-on-grade type foundation with grade beams and individual footings to support column loads.
- The building structure is one-story, steel frame building.
- The roof is  trapezoidal metal panels roof.

TABLE-1 below lists damage to the building observed during our site assessment of November 1, 2019, and other significant observations.

| COLE & ASHCROFT, LP 5631 BRYSTONE DRIVE, HOUSTON, TEXAS | | |
|---|---|---|
| **TABLE 1** | **OBSERVED DAMAGE AND OTHER SIGNIFICANT OBSERVATIONS** | |
| **LOCATION** | **DAMAGE DESCRIPTION** | **PHOTOGRAPH NUMBER** |
| **EXTERIOR** | | |
| **Front** | • Overall view with left side | 1 |
| | • Address street number | 2 |
| **Left Side** | • Overall view at Office | 3 |
| **ROOF** | | |
| **Office Roof** | • Left side edge; screws covered with sealant | 4 |
| | • Left slope; standing seam metal panel | 5 |
| | • Left slope; dirt and debris at gutter end | 6 |

| COLE & ASHCROFT, LP<br>5631 BRYSTONE DRIVE, HOUSTON, TEXAS | | |
|---|---|---|
| **TABLE 1** | **OBSERVED DAMAGE AND OTHER SIGNIFICANT OBSERVATIONS** | |
| **LOCATION** | **DAMAGE DESCRIPTION** | **PHOTOGRAPH NUMBER** |
| **Office Roof** (continuation) | • Right corner at rear building | 7 |
| | • Taped seam near rear building wall | 8 |
| | • Middle and right slope at overlap seam; R-panel type metal Office roofing panels | 9 |
| | • Right slope; overall view | 10 |
| | • Crimps on Office roof; foot traffic | 11 |
| | • Crimps on Office roof; foot traffic | 12 |
| | • Crimps on Office roof; foot traffic | 13 |
| | • Crimps on Office roof; foot traffic | 14 |
| | • Crimps on Office roof; foot traffic | 15 |
| | • Sealant applied to Office roof screws | 16 |
| | • Sealant applied to vent jack | 17 |
| | • Deformed and sealant applied to flashing at rear building wall | 18 |
| | • Sealant applied to flashing at rear building wall | 19 |
| | • Wind separated Office roof joint | 20 |
| | • Wind separated Office roof joint | 21 |
| | • Sealant applied to roof vent jack | 22 |
| | • Sealant applied to flashing at rear building wall | 23 |
| | • Sealant applied to transition of panel types on left slope | 24 |
| | • Blown-off seam gasket | 25 |
| | • Wind displaced closure strip | 26 |
| | • Remaining closure strips | 27 |
| **Warehouse Roof** | • Overall view of trapezoidal seam metal roof (R-panel);<br>• Screws have been covered with sealant | 28 |

| COLE & ASHCROFT, LP<br>5631 BRYSTONE DRIVE, HOUSTON, TEXAS | | |
|---|---|---|
| **TABLE 1** | **OBSERVED DAMAGE AND OTHER SIGNIFICANT OBSERVATIONS** | |
| **LOCATION** | **DAMAGE DESCRIPTION** | **PHOTOGRAPH NUMBER** |
| **Warehouse Roof** | • Overall view of trapezoidal seam metal roof (R-panel);<br>• Screws have been covered with sealant | 29 |
| | • Sealant applied to screws | 30 |
| | • Sealant on panel standing seam | 31 |
| | • Sealant applied to screws | 32 |
| | • Sealant applied at edge trim and section strap | 33 |
| | • Edge of roof on left side | 34 |
| | • Roof crimps | 35 |
| | • Roof crimps | 36 |
| | • Roof crimps | 37 |
| | • Mechanical dent on roof panel | 38 |
| | • Wind lifted side joint | 39 |
| | • Translucent panel | 40 |
| | • Hail dent on panel | 41 |
| | • Hail dent on panel | 42 |
| | • Hail dent on panel | 43 |
| | • Hail dent on panel | 44 |
| | • Hail dent on panel | 45 |
| | • Hail dent on panel | 46 |
| | • Hail dent on panel | 47 |
| | • Hail dent on panel | 48 |
| | • Missing screws at rear right corner | 49 |
| | • Screw with dented metal | 50 |
| | • Taped joint at ridge vent | 51 |
| | • Taped joint at ridge vent | 52 |
| | • Hail dent on roof panel | 53 |
| | • Hail dent on roof panel | 54 |
| | • Hail dent on roof panel | 55 |

| COLE & ASHCROFT, LP<br>5631 BRYSTONE DRIVE, HOUSTON, TEXAS | | |
|---|---|---|
| **TABLE 1** | **OBSERVED DAMAGE AND OTHER SIGNIFICANT OBSERVATIONS** | |
| **LOCATION** | **DAMAGE DESCRIPTION** | **PHOTOGRAPH NUMBER** |
| **Warehouse Roof** | • Hail dent on roof panel | 56 |
| | • Wind separated overlap joint | 57 |
| | • Wind separated overlap joint | 58 |
| | • Wind separated overlap joint | 59 |
| | • Wind separated overlap joint | 60 |
| | • Wind separated overlap joint | 61 |
| | • Wind separated overlap joint | 62 |
| | • Wind separated overlap joint | 63 |
| | • Wind separated overlap joint | 64 |
| | • Wind separated overlap joint | 65 |
| | • Wind separated overlap joint | 66 |
| | • Wind separated overlap joint | 67 |
| | • Wind separated overlap joint | 68 |
| | • Wind separated overlap joint | 69 |
| | • Wind separated overlap joint | 70 |
| | • Wind separated overlap joint | 71 |
| | • Wind separated overlap joint | 72 |
| | • Wind separated overlap joint | 73 |
| | • Wind separated overlap joint | 74 |
| | • Wind separated overlap joint | 75 |
| | • Wind separated overlap joint | 76 |
| | • Wind separated overlap joint | 77 |
| | • Wind separated overlap joint | 78 |
| | • Wind separated overlap joint | 79 |
| | • Hail dent on roof panel | 80 |
| | • Hail dent on roof panel | 81 |
| | • Hail dent on roof panel | 82 |
| | • Hail dent on roof panel | 83 |
| | • Left slope; 139 hail dents | 84 |
| | • Right slope; 143 hail dents | 85 |

## Weather Data

Review of Hurricane Harvey wind reports from Weather Underground shows the higher
wind in the area of the Cole & Ashcroft, LP building was 47 mph gusts with sustained
winds of 25 mph. In our opinion, the reported wind magnitude is capable of causing the
damage observed at the Cole & Ashcroft, LP building. In addition, there were several
tornadoes in the area of the Cole & Ashcroft, LP building. The diagram below shows the
location of the Cole & Ashcroft building and the reported tornados on August 26, 2017 in
the area.

### Weather Underground August 26, 2017



**Plot of Location of Tornados August 26, 2017 near the Cole & Ashcroft, LP building.**



**NOAA's NCEI NEXRAD radar image with the Cole & Aschroft, LP building within the 50 KTS wind zone on August 26, 2017 at 00:19:44 CDT**



Additional weather information is included in **Attachment B**.

**OPINION AND RECOMMENDATIONS**

Based upon observations of the roof of the building; our review of weather data, and our own education, training and experience; we are ready to render the following opinions and recommendations at this time regarding the storm damage to the Cole & Ashcroft, LP office and warehouse building located at 5631 Brystone Drive, Houston, Texas. Table-1 in the preceding section lists our observations during our site examination on November 1, 2019.

On the office roof, we observed sealant was applied to all screws. Rubber gaskets pulled off head-wall flashing at taller building wall. There were hail dents and crimps on some roofing panels. Panels were separated at the longitudinal overlap panel joints. Screws were partially separated at overlap panel joints. The following photographs show samples of roof damage.

  

**Photograph 20**            **Photograph 26**

 

**Photograph 17**          **Photograph 18**

On the warehouse roof sealant had been applied to the screws.  We observed wind bent gutter support brackets, crimped panel seams and hail dents on the roof panels.  Panels were separated at the longitudinal overlap panel joints.  Screws were partially separated at side joints.  There were dents on the metal panel at screws indicating wind lift at on the roof panels.  We also observed wind lifted side joints.

 

**Photograph 39**          **Photograph 61**

 

**Photograph 65**                    **Photograph 68**

In our opinion, wind during Hurricane Harvey had sufficient force to cause the observed damage at the Cole & Ashcroft, LP building.  As a result of wind damage during Hurricane Harvey, the metal roofs of the office and warehouse, and gutters of the Cole & Ashford, LP building, require removal and replacement.

In the interior of the building, there is water damage from roof leaks as follows:

**Office**

Lobby – Water damage ceiling tiles and walls;

Cubicle Room Reception – Water damaged ceiling tiles and walls;

Office 4 – Water damaged ceiling tiles and walls;

Office 5 – Water damaged ceiling tiles and walls; water damaged wood floor;

Conference Room – Water damaged ceiling tiles and walls; water damaged wood floor;

Office 7 – Water damaged ceiling tiles and walls;

Kitchen – Water damaged ceiling tiles and walls;

**Office** (continuation)

Studio – Water damaged ceiling tiles and walls;

Conference Room 2 – Water damaged ceiling tiles and walls;

Office 3– Water damaged ceiling tiles and walls.

**Warehouse**

There is water damaged wall and roof insulation throughout the warehouse.

The interior water damage requires restoration.  Water damage restoration should follow the requirements of the latest version of the American National Standard Institute (ANSI) as expressed on their publication **ANSI (IICRC) S-500, <u>Standard and Reference Guide for Professional Water Damage Restoration.</u>**

Additional information may become available which would require modification of this Scope of Repairs.

Attached to this report please find the following:

***Attachment A* –** Photographs

***Attachment B* –** Weather Data

***Attachment C* –** Photographs from National Public Adjusting

# ATTACHMENT A

## Photographs

*It is not the intent of this report to document all damage or deficiencies in and around this building, but to show typical conditions that affect the opinions expressed in this report. The lists and photographs in or attached to this report are intended to illustrate representative damage and should not be considered as being all inclusive of the damage or deficiencies observed at this building.*

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 1:  Front - Overall view with left side

Photograph 2:  Front - Address street number





Photograph 3:  Left Side - Overall view at Office

Photograph 4:  Office Roof - Left side edge; screws covered with sealant





Photograph 5:  Office Roof - Left slope; standing seam metal panel

Photograph 6:  Office Roof - Left slope; dirt and debris at gutter end

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 7:  Office Roof - Right corner at rear building

Photograph 8:  Office Roof - Taped seam near rear building wall





Photograph 9:  Office Roof - Middle and right slope at overlap seam; R-panel type metal Office roofing panels

Photograph 10:  Office Roof - Right slope; overall view





Photograph 11:  Office Roof - Crimps on Office Roof; foot traffic

Photograph 12:  Office Roof - Crimps on Office Roof; foot traffic

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 13:  Office Roof - Crimps on Office roof; foot traffic



Photograph 14:  Office Roof - Crimps on Office roof; foot traffic



Photograph 15:  Office Roof - Crimps on Office roof; foot traffic



Photograph 16:  Office Roof - Sealant applied to Office roof screws



Photograph 17:  Office Roof - Loose screw Sealant  applied to vent roof jack



Photograph 18:  Office Roof - Deformed  and sealant applied to flashing at rear building wall

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 19:  Office Roof - Sealant applied to flashing at rear building wall

Photograph 20:  Office Roof - Wind separated Office roof joint





Photograph 21:  Office Roof - Wind separated Office roof joint

Photograph 22:  Office Roof -  Sealant applied to roof vent jack





Photograph 23:  Office Roof - Sealant applied to flashing at rear building wall

Photograph 24:  Office Roof - Sealant applied to transition of panel types on left slope

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 25: Office Roof - Blown-off seam gasket

Photograph 26: Office Roof - Wind displaced closure strip





Photograph 27: Office Roof - Remaining closure strips

Photograph 28: Warehouse Roof - Overall view of trapezoidal seam metal roof (R-panel); screws have been covered with sealant





Photograph 29: Warehouse Roof - Overall view of trapezoidal seam metal roof (R-panel); screws have been covered with sealant

Photograph 30: Warehouse Roof - Sealant applied to screws

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 31: Warehouse Roof - Sealant on panel standing seam



Photograph 32: Warehouse Roof - Sealant applied to screws



Photograph 33: Warehouse Roof - Sealant applied at edge trim and section strap



Photograph 34: Warehouse Roof - Edge of roof at front



Photograph 35: Warehouse Roof - Overall view along left side



Photograph 36: Warehouse Roof - Roof at rear corner; temporary gutter bracket

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 37: Warehouse Roof - Roof crimps



Photograph 38: Warehouse Roof - Mechanical dent on roof panel



Photograph 39: Warehouse Roof - Wind lifted side joint



Photograph 40: Warehouse Roof - Translucent panel



Photograph 41: Warehouse Roof - Hail dent on panel



Photograph 42: Warehouse Roof - Hail dent on panel

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 43:  Warehouse Roof - Hail dent on panel



Photograph 44:  Warehouse Roof - Mechanical dent and hail dent



Photograph 45:  Warehouse Roof - Hail dent on panel



Photograph 46:  Warehouse Roof - Hail dent on panel



Photograph 47:  Warehouse Roof - Hail dent on panel



Photograph 48:  Warehouse Roof - Hail dent on panel

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 49:  Warehouse Roof - Missing screws at rear right corner

Photograph 50:  Warehouse Roof - Screw with dented metal





Photograph 51:  Warehouse Roof - Taped joint at ridge vent, temporary repair

Photograph 52:  Warehouse Roof - Taped joint at ridge vent





Photograph 53:  Warehouse Roof - Hail dent on roof panel

Photograph 54:  Warehouse Roof - Hail dent on roof panel

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 55: Warehouse Roof - Hail dent on roof panel



Photograph 56: Warehouse Roof - Hail dent on roof panel



Photograph 57: Warehouse Roof - Wind separated overlap joint



Photograph 58: Warehouse Roof - Wind separated overlap joint



Photograph 59: Warehouse Roof - Wind separated overlap joint



Photograph 60: Warehouse Roof - Wind separated overlap joint

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 61:  Roof - Screw with dented metal; separated longitudinal joint; dent on roof panel at screw

Photograph 62:  Warehouse Roof - Wind separated overlap joint





Photograph 63:  Warehouse Roof - Wind separated overlap joint

Photograph 64:  Warehouse Roof - Wind separated overlap joint; dent on roof panel at screw





Photograph 65:  Warehouse Roof - Wind separated overlap joint

Photograph 66:  Warehouse Roof - Wind separated overlap joint;, panel dent at screw

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 67:  Warehouse Roof - Wind
separated overlap joint

Photograph 68:  Warehouse Roof - Wind
separated overlap joint





Photograph 69:  Warehouse Roof - Wind
separated overlap joint; panel dent at screw

Photograph 70:  Warehouse Roof - Wind
separated overlap joint





Photograph 71:  Warehouse Roof - Wind
separated overlap joint

Photograph 72:  Warehouse Roof - Wind
separated overlap joint

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 73:  Warehouse Roof - Wind
separated overlap joint

Photograph 74:  Warehouse Roof - Wind
separated overlap joint





Photograph 75:  Warehouse Roof - Wind
separated overlap joint

Photograph 76:  Warehouse Roof - Wind
separated overlap joint





Photograph 77:  Warehouse Roof - Wind
separated overlap joint

Photograph 78:  Warehouse Roof - Wind
separated overlap joint

**Project No.: 11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas





Photograph 79: Warehouse Roof - Wind separated overlap joint

Photograph 80: Warehouse Roof - Hail dent on roof panel





Photograph 81: Warehouse Roof - Hail dent on roof panel

Photograph 82: Warehouse Roof - Hail dent on roof panel





Photograph 83: Warehouse Roof - Hail dent on roof panel

Photograph 84: Warehouse Roof - Left slope; 139 hail dents

**Project No.:  11992 - Cole & Aschroft, LP**

5631 Brystone Drive, Houston, Texas



Photograph 85:  Warehouse Roof - Right slope;
143 hail dents

# ATTACHMENT B

## Weather Data





**NEXRAD LEVEL III**
**BASE VELOCITY**
**AUGUST 26, 2017**



Cole & Aschcroft, LP

