

**State Auto Insurance Companies**

518 East Broad Street
Columbus, Ohio 43215

|  |  |  |  |
|---|---|---|---|
| Insured: | COLE & ASHCROFT, LP | Business: | (713) 937-8657 |
| Property: | 5631 Brystone Drive<br>Houston, TX 77041 | E-mail: | john@coleandashcroft.com |
| Home: | 5631 BRYSTONE DR<br>HOUSTON, TX 77041 |  |  |
| Claim Rep.: | Ashley Manning | Business: | (317) 931-7133 |
|  |  | E-mail: | Ashley.Manning@StateAuto.com |
| Estimator: | Jerry Ptacek | Business: | (512) 621-6983 |
|  |  | E-mail: | gerald.ptacek@stateauto.com |

**Claim Number:** PR-0000000-262374     **Policy Number:** PBP2832159     **Type of Loss:** Hail

|  |  |  |  |
|---|---|---|---|
| Date Contacted: | 8/5/2019 3:55 PM |  |  |
| Date of Loss: | 5/9/2019 1:01 AM | Date Received: | 5/9/2019 1:01 AM |
| Date Inspected: | 8/21/2019 9:00 AM | Date Entered: | 8/2/2019 3:20 PM |
| Date Est. Completed: | 8/26/2019 7:35 PM |  |  |
| Price List: | TXHO8X_AUG19<br>Restoration/Service/Remodel |  |  |
| Estimate: | COLE_&_ASHCROFT__LP1 |  |  |

Dear COLE & ASHCROFT, LP:

We have determined that the cost to repair or replace your damaged property as a result of the above referenced loss is $633.17. Since the total amount of the loss does not exceed your deductible amount, we regret that we will be unable to pay for your damages.

If you have any questions, or if we may assist you in any way, please let us know.



**State Auto Insurance Companies**

518 East Broad Street
Columbus, Ohio 43215

## COLE_&_ASHCROFT__LP1

### 5631 Brystone Drive

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| Peel and stick roof flashing tape* | 30.00 LF | | | | | INCL. IN MIN. |
| Roofing Repair - Minimum Charge - Labor and Material | 1.00 EA | 498.83 | 2.87 | 501.70 | (0.00) | 501.70 |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | 131.47 | 0.00 | 131.47 | (0.00) | 131.47 |
| **Totals: Roof** | | | 2.87 | 633.17 | 0.00 | 633.17 |
| **Total: Exterior** | | | 2.87 | 633.17 | 0.00 | 633.17 |
| **Total: 5631 Brystone Drive** | | | 2.87 | 633.17 | 0.00 | 633.17 |
| **Line Item Totals: COLE_&_ASHCROFT__LP1** | | | 2.87 | 633.17 | 0.00 | 633.17 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 27,234.74 | Exterior Wall Area | 1,129.82 | Exterior Perimeter of Walls | | |
| 42,888.54 | Surface Area | 428.89 | Number of Squares | 1,140.58 | Total Perimeter Length |
| 325.49 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **State Auto Insurance Companies**

518 East Broad Street
Columbus, Ohio 43215

## Summary for Building

| | |
|---|---:|
| Line Item Total | 630.30 |
| Material Sales Tax | 2.87 |
| **Replacement Cost Value** | **$633.17** |
| Less Deductible     [Full Deductible = 87,500.00] | (633.17) |
| **Net Claim** | **$0.00** |

_____

Jerry Ptacek


Please present a copy of this estimate to the contractor of your choice prior to the start of the repairs.  If they have any questions regarding the scope of repairs or unit costs on this estimate, it is IMPORTANT that they contact the State Auto claim representative handling your claim prior to initiating the repairs.  Additional work or cost is not authorized without prior approval of State Auto Insurance Companies.

State Auto Insurance Companies advocates consumer choice, especially when concerning repairs to your property.  We strongly encourage you to choose wisely when selecting a contractor.  Contractors are not affiliates of State Auto Insurance Companies, and State Auto Insurance Companies do not guarantee or warrant any workmanship to your property during or after the repair process.