# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT
# OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **COLE & ASHCROFT, LP DBA SHUTTERS PLUS,** | § § § | |
| *Plaintiff* | § | **CIVIL ACTION NO. 4:20-CV-03507** |
| **v.** | § § § § | |
| **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** | § § § | |
| *Defendant* | | |

## ORDER DENYING DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff's Response to Defendant's Motion for Summary Judgment this Honorable Court:

    DENIES Defendant's Motion; and

    ORDERS that Plaintiff proceed with each and every one if its causes of action.

    SIGNED this _____ day of _____, 20___.

                                                                                   Honorable Judge