UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 08, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Cole & Ashcroft, LP, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-3507 |
| State Automobile Mutual Insurance Company, | § § § § | |
| Defendant. | § § | |

## Final Judgment

Cole & Ashcroft, LP, takes nothing from State Automobile Mutual Insurance Company. (16)

Signed on July 8, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge